# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                                    §
                                                          §
A.W.P.E., LLC                                             §          Case No. 12-24742
                                                          §
                        Debtor(s)                         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                     .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                        $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Elizabeth C. Berg, Trustee _____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)** *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 12-24742   CAD   Judge: CAROL A. DOYLE |
|---|---|
| Case Name: | A.W.P.E., LLC |

For Period Ending:  03/07/13

| Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 06/20/12 (f) |
| 341(a) Meeting Date: | 10/25/12 |
| Claims Bar Date: | 12/26/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | Unknown | 0.00 | | 0.00 | FA |
| North Shore Community Bank, Commercial checking acct #xxxx8952 | | | | | |
| 2. Financial Accounts | Unknown | 0.00 | | 0.00 | FA |
| Chase business xxxx6839 | | | | | |
| 3. ComEd Security Deposits | 13,400.00 | 7,326.54 | | 7,326.54 | FA |
| 4. Nicor Security Deposits | 3,744.00 | 1,918.63 | | 1,918.63 | FA |
| 5. Security Deposits | 3,304.00 | 0.00 | | 0.00 | FA |
| Gold-Leaf Surety (deposit on a contract for Hoffman Estates) | | | | | |
| 6. Insurance Policies | Unknown | 902.25 | | 902.25 | FA |
| Commercial policies | | | | | |
| 7. Accounts Receivable | 93,293.24 | 183.51 | | 183.51 | FA |
| 29 accounts more than 90 days past due | | | | | |
| Collections undertaken by Assignee pre-petition; Remaining were uncollectible. | | | | | |
| 8. Vehicles | 6,600.00 | 4,000.00 | | 4,000.00 | FA |
| 2006 Chevy Silverado C2500 HD 133900 miles VIN 1GCH24U16E113549 | | | | | |
| 9. Vehicles | 2,500.00 | 700.00 | | 700.00 | FA |
| 1999 Ford F450XL Superduty 218000 miles VIN 1FDXF46F8XEE98280 | | | | | |
| 10. Vehicles | 7,500.00 | 5,500.00 | | 5,500.00 | FA |
| 2005 Chevy Tahoe 160000 miles VIN 1GNEK13T75J149056 | | | | | |
| 11. Vehicles | 6,000.00 | 5,500.00 | | 5,500.00 | FA |
| 2005 Chevy 2500 HD Pick-up 112000 miles VIN 1GCHC24UX5E242789 | | | | | |
| 12. Vehicles | 6,600.00 | 3,500.00 | | 3,500.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-24742 | CAD | Judge: CAROL A. DOYLE |
| --- | --- | --- | --- |
| Case Name: | A.W.P.E., LLC | | |

| Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- |
| Date Filed (f) or Converted (c): | 06/20/12 (f) |
| 341(a) Meeting Date: | 10/25/12 |
| Claims Bar Date: | 12/26/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 2005 Chevy Silverado C3500 121500 miles VIN<br>1GBJC34UX5E314344 | | | | | |
| 13. Vehicles | 500.00 | 750.00 | | 750.00 | FA |
| 1999 Reddi Haul Trailer  VIN 47SS142T9X1015057 | | | | | |
| 14. Vehicles | 6,000.00 | 3,750.00 | | 3,750.00 | FA |
| 2005 Chevy Silverado C2500 HD 153000 miles VIN<br>1GCHC24U25E296765 | | | | | |
| 15. Vehicles | 6,600.00 | 6,000.00 | | 6,000.00 | FA |
| 2006 Chevy Silverado C2500 HD 105000 miles VIN<br>1GCHC24U26E288649 | | | | | |
| 16. Vehicles | 1,500.00 | 608.69 | | 608.69 | FA |
| 2000 Chevy 3500 HD Pick-up 233000 miles VIN<br>1GBKC34F1YF424879 | | | | | |
| 17. Vehicles | 900.00 | 1,000.00 | | 1,000.00 | FA |
| 1988 International S1700 187000 miles VIN 1HTCCFP2JH554270 | | | | | |
| 18. Vehicles | 1,500.00 | 700.00 | | 700.00 | FA |
| 1988 Volvo FE6 221051 miles VIN YB3U6A7AXJB421436 | | | | | |
| 19. Vehicles | 7,500.00 | 5,000.00 | | 5,000.00 | FA |
| 2006 Chevy Silverado C2500HD 85000 miles VIN<br>1GBHC24U86E147797 | | | | | |
| 20. Vehicles | 1,050.00 | 2,750.00 | | 2,750.00 | FA |
| 1998 Ford Cargo Van 113000 miles VIN 1FTSE34L9WHLB94358 | | | | | |
| 21. Boats and Accessories | 0.00 | 0.00 | | 0.00 | FA |
| 1996 Starcarft Marine inboard motor - 20 ft. | | | | | |
| 22. Office Equipment | 1,000.00 | 290.00 | | 290.00 | FA |
| Old computers and monitors, Old office furniture, Meridian phone | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit A

| Case No: | 12-24742 | CAD | Judge: CAROL A. DOYLE |
| Case Name: | A.W.P.E., LLC | | |

| Trustee Name: | Elizabeth C. Berg, Trustee |
| Date Filed (f) or Converted (c): | 06/20/12 (f) |
| 341(a) Meeting Date: | 10/25/12 |
| Claims Bar Date: | 12/26/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| system, Canon fax machine, old printers | | | | | |
| 23. Equipment | 315,800.00 | 79,151.25 | | 79,151.25 | FA |
| 24. Inventory | 557,287.85 | 26,093.75 | | 26,093.75 | FA |
| 25. Phone numbers | 0.00 | 0.00 | | 0.00 | FA |
| 26. Utility Deposit Refunds (u) | 0.00 | 1,793.00 | | 1,793.00 | FA |
| 27. Petty Cash (u) | 0.00 | 115.00 | | 115.00 | FA |
| received from Assignee | | | | | |
| 28. Debtor funds recovered from Assignee (u) | 0.00 | 3,511.88 | | 3,511.88 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,042,579.09 | $161,044.50 | | $161,044.50 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TR appointed following entry of order for relief in involuntary case filed by carpenters' union against installer of commerical and residential garage doors and plastics extruder. Involuntary commenced following assignment for benefit of creditors. TR determined secured lender's lien on motor vehicle fleet was perfected within preference period and thus avoidable. TR negotiated with debtor's bank and landlord to avoid lien on vehicles and to conduct public auction of debtor's assets, subject to bank lien on assets excluding vehicles. Auction of Debtor's assets was held on November 16, 2012. Trustee received court authority to pay administrative expenses and pay Bank's portion of proceeds. Trustee investigated potential preferential payments and claims. Trustee prepared and filed estate tax returns.

Initial Projected Date of Final Report (TFR): 12/31/13       Current Projected Date of Final Report (TFR): 12/31/13

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 12-24742  -CAD | |
| Case Name: | A.W.P.E., LLC | |

Taxpayer ID No: *******1371
For Period Ending: 03/07/13

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8225  Checking Account |

Blanket Bond (per case limit):   $   100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/28/12 | 27 | Michael Eber, assignee<br>High Ridge Partners<br>140 South Dearborn Street, Suite 420<br>Chicago, IL 60603 | PETTY CASH | 1290-000 | 115.00 | | 115.00 |
| 09/04/12 | 28 | A.W.P.E., LLC Trust Agreement<br>Michael J Eber, Assignee<br>140 S. Dearborn Street  Suite 420<br>Chicago  IL  60603 | DEBTOR FUNDS FROM ASSIGNEE | 1290-000 | 3,511.88 | | 3,626.88 |
| 09/14/12 | 6 | Insurance Brokerage AntiTrust Litigation<br>c/o Rust Consulting<br>P.O. Box 2819<br>Faribault  MN  55021-8624 | Recovery re insurance | 1129-000 | 40.25 | | 3,667.13 |
| 09/18/12 | 7 | Barcol Door Co., Inc.<br>PO Box 2577<br>Loves Park  IL 61132-2577 | Accounts receivable recovery | 1121-000 | 183.51 | | 3,850.64 |
| 10/12/12 | | Grange Mutual Casualty Co.<br>P.O. Box 88017<br>Chicago, Illinois 60680-1017 | Oct. 2012 Premium<br>Insurance | 2420-000 | | 1,541.00 | 2,309.64 |
| 10/29/12 | 6 | Continental Casualty Company<br>401 Penn Street<br>Reading  PA  19601 | REFUND ON DIRECT BILL ACCT | 1229-000 | 862.00 | | 3,171.64 |
| 11/06/12 | 001001 | Grange Mutual Casualty Co.<br>P.O. Box 88017<br>Chicago, Illinois 60680-1017 | Nov. 2012 Premium<br>Insurance | 2420-000 | | 1,541.00 | 1,630.64 |
| 12/11/12 | * NOTE * | PPL Group, LLC<br>3100 Dundee Road<br>Suite 915<br>Northbrook  IL  60062<br>PPL | Auction Proceeds: M&E and Vehicles<br>* NOTE *  Properties 8, 9, 10, 11, 12, 13, 14, 15,<br>16, 17, 18, 19, 20, 22, 23, 24<br><br>    Memo Amount:        145,293.69<br>Auction Proceeds: M&E and Vehicles | <br><br><br><br>1129-000 | 125,293.69 | | 126,924.33 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

LFORM2T4

Ver: 16.05c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

Case No:        12-24742 -CAD

Case Name:    A.W.P.E., LLC

Trustee Name:        Elizabeth C. Berg, Trustee

Bank Name:           Congressional Bank

Account Number / CD #:      *******8225  Checking Account

Taxpayer ID No:   *******1371

For Period Ending:  03/07/13

Blanket Bond (per case limit):   $   100,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PPL | Memo Amount:      (      20,000.00 ) | 3620-000 | | | |
| | | | TR's Auctioneer's Expenses | | | | |
| 12/20/12 | 001002 | Brad Millar | Post Petition Rent | 2410-000 | | 27,000.00 | 99,924.33 |
| | | 214 Carey Drive | Allowed per Ct Order dtd 12/20/12 | | | | |
| | | Roselle  IL  60172 | | | | | |
| 12/20/12 | 001003 | SMG Security Systems, Inc. | Administrative Expense | 2420-000 | | 175.00 | 99,749.33 |
| | | Attn: Pam Smialek | Alarm Service to SMG Security | | | | |
| | | 120 King Street | Allowed per Ct Order dtd 12-20-12 | | | | |
| | | Elk Grove Village, IL 60007 | | | | | |
| 12/20/12 | 001004 | Village of Carpentersville | Administrative Expense | 2420-000 | | 83.50 | 99,665.83 |
| | | 1200 Besinger Drive | Water Service to Village of Carpentersville | | | | |
| | | P.O. Box 335 | Allowed per Ct Order dtd 12/20/12 | | | | |
| | | Carpentersville, IL 60110-0335 | | | | | |
| 12/20/12 | 001005 | North Shore Community Bank & Trust | Allowed Secured Claim | 4210-000 | | 70,934.93 | 28,730.90 |
| | | c/o Wintrust Financial | Auction Sale 11-16-12 | | | | |
| | | 9700 W. Higgins Road | Per Ct Order dtd 12/20/12 | | | | |
| | | Rosemont IL  60018 | | | | | |
| 01/17/13 | 4 | Nicor Gas | UTILITY DEPOSIT REFUND | 1129-000 | 1,918.63 | | 30,649.53 |
| | | P.O. Box 4569 | | | | | |
| | | Atlanta  GA  30302 | | | | | |
| 01/29/13 | 26 | Grange Mutual Casualty Co. | DISBURSEMENT OF PREMIUM CREDIT | 1290-000 | 1,793.00 | | 32,442.53 |
| | | P.O. Box 88017 | | | | | |
| | | Chicago, Illinois 60680-1017 | | | | | |
| 02/14/13 | 3 | Commonwealth Edison Company | Utility Refund | 1129-000 | 7,326.54 | | 39,769.07 |
| | | PO Box 805379 | | | | | |
| | | Chicago IL  60680-5379 | | | | | |
| 02/14/13 | 001006 | North Shore Community Bank & Trust | Allowed Secured Claim | 4210-000 | | 6,917.56 | 32,851.51 |
| | | c/o Wintrust Financial | Cash Collateral rec'd by TR | | | | |
| | | 9700 W. Higgins Road | including utility deposits, receivables | | | | |
| | | Rosemont IL  60018 | | | | | |
| 02/15/13 | 001007 | International Sureties, Ltd. | Trustee Bond Annual Premium | 2300-000 | | 27.18 | 32,824.33 |

**FORM 2**    Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 12-24742  -CAD | |
| Case Name: | A.W.P.E., LLC | |
| | | |
| Taxpayer ID No: | *******1371 | |
| For Period Ending: | 03/07/13 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8225  Checking Account |
| | |
| Blanket Bond (per case limit): | $  100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 420<br>701Poydras Street<br>New Orleans,  LA  70139 | Bond # 016026455 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Account  *******8225 | Balance Forward | 0.00 | | |
| | | 9 | Deposits | 141,044.50 | 8 | Checks | 108,220.17 |
| | | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | | 0 | Transfers Out | 0.00 |
| Memo Allocation Receipts: | 145,293.69 | | Subtotal | $  141,044.50 | | |
| Memo Allocation Disbursements: | 20,000.00 | | | | | Total | $  108,220.17 |
| | | 0 | Adjustments In | 0.00 | | |
| Memo Allocation Net: | 125,293.69 | 0 | Transfers In | 0.00 | | |
| | | | Total | $  141,044.50 | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

Ver: 16.05c

LFORM2T4

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 1                                                                                    Date: March 07, 2013

Case Number:   12-24742                        Claim Class Sequence
Debtor Name:   A.W.P.E., LLC

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 999 2410-00 | Brad Millar 214 Carey Drive Roselle  IL  60172 | Administrative | Post-Petition Rent; Authorized per court order dated 12/20/12 | $27,000.00 | $27,000.00 | $0.00 |
| 999 2420-75 | Grange Mutual Casualty Company P.O. Box 88017 Chicago, IL 60680-1017 | Administrative | Two Months of Insurance Premiums; Authorized per court order dated 12/20/12 | $3,082.00 | $3,082.00 | $0.00 |
| 999 2420-00 | SMG Security Systems, Inc. Attn: Pam Smialek 120 King Street Elk Grove Village, IL 60007 | Administrative | Alarm Service to SMG Security; Authorized per court order dtd 12/20/12 | $175.00 | $175.00 | $0.00 |
| 999 2420-00 | Village of Carpentersville 1200 Besinger Drive P.O. Box 335 Carpentersville, IL 60110-0335 | Administrative | Authorized per court order dtd 12/20/12 | $83.50 | $83.50 | $0.00 |
| 001 3610-00 | PPL Group LLC 3100 Dundee Road #915 Northbrook, IL 60062 | Administrative | Reimbursement and satisfaction of actual and necessary expenses relating to Auction | $20,000.00 | $20,000.00 | $0.00 |
| 001 2100-00 | Elizabeth C. Berg, Trustee c/o Baldi Berg & Wallace 19 S. LaSalle St.  #1500 Chicago  IL  60603 | Administrative | | $11,000.00 | $0.00 | $11,000.00 |
| 001 3110-00 | Baldi Berg & Wallace, LLC 19 S. LaSalle St.  #1500 Chicago  IL  60603 | Administrative | | $14,500.00 | $0.00 | $14,500.00 |
| 001 3410-00 | Popowcer Katten Ltd. 35 East Wacker Drive Sutie 1500 Chicago  IL  60601 | Administrative | | $4,000.00 | $0.00 | $4,000.00 |
| 001 3120-00 | Baldi Berg & Wallace 19 S. LaSalle Street Suite 1500 Chicago  IL  60603 | Administrative | | $731.29 | $0.00 | $731.29 |
| BOND 999 2300-00 | International Sureties, Ltd. Suite 420 701Poydras Street New Orleans,  LA  70139 | Administrative | | $27.18 | $27.18 | $0.00 |
| | Subtotal for Class Administrative | | | $80,598.97 | $50,367.68 | $30,231.29 |
| 000006A 046 5800-00 | Illinois Dept. of Employment Security Bankruptcy Unit - 10th Floor 33 S. State Street Chicago, IL 60603 | Priority | (6-1) Unemployment Tax(6-2) Unemployment Tax (6-2) Modified on 11/14/2012 to correct claim #10 was originally claim #6 - (KS) | $14,673.01 | $0.00 | $14,673.01 |

Page 2

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**

Date: March 07, 2013

Case Number:    12-24742
Debtor Name:    A.W.P.E., LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008A 046 5800-00 | Illinois Dept of Revenue Bankruptcy Section P O Box 64338 Chicago, IL 60664 | Priority | | $10,819.76 | $0.00 | $10,819.76 |
| 000009A 046 5800-00 | Indiana Department of Revenue Bankruptcy Section room N240 100 North Senate Avenue, MS, 108 Indianapolis, IN 46204 | Priority | | $17,950.52 | $0.00 | $17,950.52 |
| 000010A 046 5800-00 | Illinois Dept. of Employment Security Bankruptcy Unit - 10th Floor 33 S. State Street Chicago, IL 60603 | Priority | (10-1) Unemployment Tax (10-1) Modified on 11/14/2012 to correct claim #6 entered as claim #10 - (KS) | $14,673.01 | $0.00 | $14,673.01 |
| 000017A 043 5400-00 | Chicago Regional Council of Carpenters c/o Bruce C. Scalambrino Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, Illinois 60602 | Priority | | $38,425.57 | $0.00 | $38,425.57 |
| | Subtotal for Class Priority | | | $96,541.87 | $0.00 | $96,541.87 |
| 000001 070 7100-00 | Con-Way Freight c/o RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, Maryland 21094 | Unsecured | | $1,226.33 | $0.00 | $1,226.33 |
| 000002 070 7100-00 | Robbins,Salomon & Patt, LTD C/O Richard H Fimoff 180 N. LaSlle Str., Ste 3300 Chicago, IL 60601 | Unsecured | (2-1) Legal services | $1,000.00 | $0.00 | $1,000.00 |
| 000003 070 7100-00 | Kutchins Robbins & Diamond, Ltd. 1101 Perimeter Dr. #760 Schaumburg, IL 60173 | Unsecured | | $2,544.26 | $0.00 | $2,544.26 |
| 000004 070 7100-00 | Republic Services of Elgin 2101 S Busse Rd Mt Prospect, IL 60056 | Unsecured | | $499.21 | $0.00 | $499.21 |
| 000005 070 7100-00 | SMG Security Systems, Inc. 120 King St. Elk Grove Village, IL 60007 | Unsecured | | $604.00 | $0.00 | $604.00 |
| 000007 070 7100-00 | Accident Fund Insurance Company of America 200 N Grand Ave Lansing, MI 48933 | Unsecured | | $16,395.00 | $0.00 | $16,395.00 |
| 000011 070 7100-00 | W W Grainger Inc Attn Special Collections Dept MES17861247849 7300 N Melvina Niles, IL 60714 | Unsecured | | $2,823.97 | $0.00 | $2,823.97 |

Page 3

**EXHIBIT C**
ANALYSIS OF CLAIMS REGISTER

Date: March 07, 2013

Case Number:  12-24742
Debtor Name:  A.W.P.E., LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class    Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 000012 070 7100-00 | CHI Overhead Doors PO Box 260 Aurthur, IL 61911 | Unsecured | $19,291.88 | $0.00 | $19,291.88 |
| 000013 070 7100-00 | Berkley Net C/O Lamont Hanley & Associates 1138 Elm St Manchester, NH 03106 | Unsecured | $9,520.00 | $0.00 | $9,520.00 |
| 000014 070 7100-00 | Napoleon/Lynx PO Box 160 111 Weires Dr Archbold, OH 43502 | Unsecured | $11,328.61 | $0.00 | $11,328.61 |
| 000015 070 7100-00 | Will County Carpenters Local 174 Health & Welfare Funds C/O Arnold and kadjan 203 N Lasalle St Suite 1650 Chicago, IL 60601 | Unsecured (15-1) Fringe Benefits Pursuant to a Collective Bargaining Contract | $54,090.02 | $0.00 | $54,090.02 |
| 000016 070 7100-00 | City of Chicago Department of Finance-Bankruptcy Unit 121 N. Lasalle Street-Room 107A Chicago, Illinois 60602-1288 | Unsecured (16-1) Parking Tickets | $1,037.00 | $0.00 | $1,037.00 |
| | Subtotal for Class Unsecured | | $120,360.28 | $0.00 | $120,360.28 |
| 050 4210-00 | North Shore Community Bank & Trust c/o Wintrust Financial 9700 W. Higgins Road Rosemont IL  60018 | Secured $70,934.93 Auction Sale 11-16-12 Per Ct Order dtd 12/20/12 Plus $6,917.56 Additional Cash collateral received by trustee on account of utility refunds and receivables subject to Bank's LIen Total paid to bank:  $77,852.49 Check # 1005    70,934.93 Check # 1006    6,917.56 | $77,852.49 | $77,852.49 | $0.00 |
| | Subtotal for Class Secured | | $77,852.49 | $77,852.49 | $0.00 |
| | Case Totals: | | $375,353.61 | $128,220.17 | $247,133.44 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-24742
Case Name: A.W.P.E., LLC
Trustee Name: Elizabeth C. Berg, Trustee

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|-------------------------|------------------|
|           | North Shore Community Bank & Trust | $ | $ | $ | $ |

Total to be paid to secured creditors      $_____

Remaining Balance                          $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Auctioneer Fees: PPL Group LLC | $ | $ | $ |
| Other: Grange Mutual Casualty Company | $ | $ | $ |
| Other: SMG Security Systems, Inc. | $ | $ | $ |
| Other: Village of Carpentersville | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |
| Other: Brad Millar | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Baldi Berg & Wallace, LLC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance        $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Illinois Dept. of Employment Security | $ | $ | $ |
| 000008A | Illinois Dept of Revenue | $ | $ | $ |
| 000009A | Indiana Department of Revenue | $ | $ | $ |
| 000010A | Illinois Dept. of Employment Security | $ | $ | $ |
| 000017A | Chicago Regional Council of Carpenters | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Con-Way Freight | $ | $ | $ |
| 000002 | Robbins,Salomon & Patt, LTD | $ | $ | $ |
| 000003 | Kutchins Robbins & Diamond, Ltd. | $ | $ | $ |
| 000004 | Republic Services of Elgin | $ | $ | $ |
| 000005 | SMG Security Systems, Inc. | $ | $ | $ |
| 000007 | Accident Fund Insurance | $ | $ | $ |
| 000011 | W W Grainger Inc | $ | $ | $ |
| 000012 | CHI Overhead Doors | $ | $ | $ |
| 000013 | Berkley Net | $ | $ | $ |
| 000014 | Napoleon/Lynx | $ | $ | $ |
| 000015 | Will County Carpenters Local 174 | $ | $ | $ |
| 000016 | City of Chicago | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE