UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-24742 |
| A.W.P.E., LLC., | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: April 18, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:          Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:     Estate

Date of Order Authorizing
Employment:                August 23, 2012

Period for Which
Compensation is sought:    August 23, 2012 to Close of Case

Amount of Fees sought:     $11,000.00

Amount of Expense
Reimbursement sought:       $0.00

This is an:     Interim Application  __      Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00  .

Dated:  March 19, 2013                    Elizabeth C. Berg, Trustee of the Estate of
                                                A.W.P.E., LLC., Debtor


                                                By:  ___/s/Elizabeth C. Berg, Trustee_____
                                                        Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| A.W.P.E., LLC., | ) | Case No. 12-24742 |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: April 18, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**Application for Allowance and Payment of Final Compensation
of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of A.W.P.E., LLC., ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $11,000.00 as final compensation for services rendered as trustee in this case from August 23, 2012 through the close of this case.  In support thereof, Trustee states as follows:

**Introduction**

1.     On June 20, 2012, an involuntary petition was filed against the Debtor pursuant to chapter 7 of the Code.  Thereafter, this Court entered an order for relief on August 16, 2012.

2.     Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.     Debtor had previously commenced an assignment for the benefit of creditors in May 2012 ("Assignment").  Prior to the liquidation or sale of the Debtor's assets, the Assignment was terminated as a result of the commencement of the involuntary proceeding.

4.     The Estate's assets consisted of the tangible and intangible personal property including chattel paper, inventory, equipment, general intangibles and all

products and proceeds thereof (collectively, "Property").  Among the Property was a fleet of 12 vehicles and one Reddi Haul trailer used by the Debtor in its business operations (collectively, the "Vehicles").

5.      The bar date for filing claims in this case was December 26, 2012.

**Prior Compensation**

6.      This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

7.      Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case.

**Services Rendered by Trustee**

8.      Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate.  Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A.  The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A.      Trustee reviewed and analyzed the Debtor's corporate information and the information and records from the Assignment; Trustee directed the assignee to turnover the funds collected by him and as a result, recovered approximately $3,600.00 for the benefit of the Estate; when the Debtor was unable to timely prepare accurate schedules of assets and liabilities, Trustee directed her attorneys to assist the Debtor's principal in the preparation of required schedules for filing with the Court; Trustee took control of the Debtor's computerized business accounting system and other business records from the Debtor's former place of business for purposes of conducting a further analysis of the Debtor's financial affairs and for identifying all assets and liabilities of the Debtor; Trustee met with the Debtor's principal and worked to ensure the Schedules of Assets and Liabilities were completed thoroughly and accurately; Trustee conducted an

examination of the Debtor's principal pursuant to Section 341 of the Code and appeared at Court hearings on the status of the involuntary petition;

          B.      Trustee made numerous on-site visits to the Debtor's former warehouse location for the purpose of inventorying, securing and protecting the Debtor's Property; Trustee analyzed the value of the Property, including the Vehicles, and the Estate's interest therein; NorthShore Community Bank ("Bank") asserted a blanket security interest in all of the Debtor's assets on account of commercial loans with an outstanding principal amount estimated at $1.4 million extended to the Debtor in 2009; as part of her investigation of the Property, the Trustee discovered that the Bank's interest in the Vehicles was not properly perfected and was avoidable pursuant to Section 547 of the Code; Trustee asserted her power of avoidance in the security allegedly attaching to the Vehicles and negotiated with the Bank for a settlement of her claim against the Bank; ultimately, the Trustee and the Bank settled such that the Trustee would conduct a joint auction sale of the Property with the Bank and the Estate to share the costs of the auction, the Bank to release its lien on the Vehicles and the Estate to recover 100% of the proceeds of the Vehicles, and the Bank to recover the remaining sale proceeds from the auction; Trustee directed her attorneys to prepare and file a motion to approve the settlement and proposed auction ("Sale Motion"); the Sale Motion was approved by the Court in October 2012; Trustee met with her auctioneer, the Debtor's principal and other parties in interest at the Debtor's former premises in preparation for the auction, to oversee the auction and to ensure the complete and proper clean up after the auction; the auction successfully took place in November 2012 and as a result, the Estate recovered gross proceeds in excess of $145,000.00; as part of her efforts to inventory and sell the Property, Trustee identified various items of personal property (beyond the Vehicles) that were not subject to the Bank's lien including leased office equipment; Trustee verified that said equipment was returned to

its proper owner and not sold at the auction; after the auction, Trustee analyzed the auctioneer's costs, verified the costs to the Estate in connection with maintaining the Property at the Debtor's warehouse including post-petition rent, utilities and insurance, oversaw the clean-up of the warehouse and executed and prepared documents as necessary to transfer the Debtor's assets; Trustee directed her attorneys to prepare a motion to pay administrative expenses including auctioneer's expenses, post-petition rent and utilities and to disburse to the Bank its portion of the auction proceeds on account of the sale of the Property; in addition to her recoveries from the auction, Trustee pursued recovery of and collected the Debtor's security deposits totaling approximately $11,000.00.

C.      Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.      Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.      Trustee examined, analyzed and verified proofs of claim filed against the Estate to the extent such claims would receive a distribution;

F.      Trustee attended to tax matters including hiring a tax accountant; Trustee oversaw and directed her accountant to prepare Estate tax returns including corporate tax returns and W-2 forms for the Debtor's former employees; and

F.      Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**Funds Collected and Disbursed by Trustee**

9.      Trustee has collected the sum of $161,044.50 on behalf of the Estate. Trustee has made $128,220.17 in disbursements in this case as of the date hereof.

10.     Copies of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

**Compensation Requested**

11.     During the period covered by this Application, Trustee spent 112.7 hours rendering services on behalf of this Estate with a value of $31,049.64.   Trustee estimates that she will spend an additional three hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

12.     The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above, is $11,302.23 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $45,000.00 | $4,500.00 |
| 5% of the next $111,044.50 | $5,552.23 |
| Total allowable compensation | $11,302.23 |

13.     Based upon the caliber of the services rendered by Trustee, the results achieved in this case and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $11,000.00.   This amount represents reasonable compensation for the services rendered by Trustee and is <u>less than</u> the maximum compensation allowable as set forth in paragraph 12 above.

14.     After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a partial distribution to priority unsecured creditors. Trustee anticipates that there will not be a surplus of funds to be returned to the Debtor.

15.     An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

16.     Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

**Status of the Case**

17.     The Trustee has liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

18.     Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of A.W.P.E., LLC. requests the entry of an order providing the following:

A.     Allowing to Trustee final compensation in the amount of $11,000.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from August 23, 2012 through the closing of this case;

B.     Authorizing the Trustee to pay the amount awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

C.     For such other and further relief as this Court deems appropriate.

Dated:  March 5, 2013          Elizabeth C. Berg, as trustee of the estate of
                               A.W.P.E., LLC., debtor


                               By: _____/s/ Elizabeth C. Berg, as Trustee_____
                                            Elizabeth C. Berg

Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle St.    Suite 1500
Chicago, IL  60603
(312) 726-8150

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg & Wallace, Ltd.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

**Phone:** (312) 726-8150
**Fax:** (312) 726-5067

**FEIN:** 36-4352753

*Invoice submitted to:*

March 5, 2013
Invoice No:   02176

Elizabeth C. Berg
Baldi Berg & Wallace
19 South LaSalle Street
Suite 1500
Chicago, ILLINOIS 60603

**In Reference to:**   *A.W.P.E, LLC - Trustee Matters*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 8/24/2012 | ECB | TC with Steve Wolfe @ UST office re appointment in involuntary case (.1) Review docket and pleadings to date in case (.5) Investigate corporate status of debtor (.2) | 0.80 $300.00/ hr | $240.00 |
| 8/24/2012 | ECB | TC with Mike Eber and Mike Dudek regarding case background, status of bank security interest, etc. (.2) Review case pleadings (.7) Investigate corporate status of debtor and related entities (.5) Investigate company (1.8) TC's to counsel for Debtor and Petitioning creditors (.2) | 3.40 $300.00/ hr | $1,020.00 |
| 8/27/2012 | ECB | Initial TC's with counsel for Debtor (.2), counsel for petitioning creditors (.2) regarding case background. Emails to assignee re meeting on 8/28 and documents to review (.2) | 0.60 $300.00/ hr | $180.00 |
| 8/27/2012 | ECB | Extended TC with former owner and landlord B. MIllar re company history and lease issues | 0.50 $300.00/ hr | $150.00 |
| 8/28/2012 | ECB | TC with Estate's counsel and counsel for Wintrust Bank regarding loan history, extent of bank's lien in Debtor's assets and possible joint auction (.3) Email M. Salzman to request production of loan documents and vehicle titles (.2) | 0.50 $300.00/ hr | $150.00 |

**Baldi Berg & Wallace, Ltd**

A.W.P.E, LLC - Trustee Matters

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 8/28/2012 | ECB | Review Assignee's auction proposals (.2) Confer with counsel re same (.1) | 0.30 $300.00/ hr | $90.00 |
| 8/28/2012 | ECB | Arrange for turnover of Assignee funds to Estate (.2) Arrange for re-routing of mail to TR office (.2) Extended TC with ComEd to notify of bankruptcy and prevent disconnection of power (.5) | 0.90 $300.00/ hr | $270.00 |
| 8/28/2012 | ECB | Meet with Estate's counsel at assignee's office to review documents and discuss history of Assignee's investigation and progress with sale of assets (1.2) Followup email to assignee to request list of creditors and auction proposals (.2) | 1.40 $300.00/ hr | $420.00 |
| 8/28/2012 | JMM | Review files for EIN (.2), Request Bank Account from Congressional (.1), Open Bank Account and make Deposit into TCMS (.1), Send Money via FedEx to Congressional (.1) | 0.50 $125.00/ hr | $62.50 |
| 8/30/2012 | ECB | Travel to Debtor's offices and warehouse to confer with owner, Pat Higgins, review and photo inventory, vehicles and equipment, and pick up bank statements and tax returns | 3.10 $300.00/ hr | $930.00 |
| 8/31/2012 | ECB | Review recent Debtor mail (.1) and email from High Ridge Partners re transfer of mail forwarding to Trustee's office (.1) | 0.20 $300.00/ hr | $60.00 |
| 9/04/2012 | ECB | Confer with counsel re prep of draft of schedules | 0.40 $300.00/ hr | $120.00 |
| 9/04/2012 | ECB | Review certificates of title rec'd from bank's counsel and confer with estate's atty re avoidance of lien as preference (.2) Review and compare physical inventory of vehicles against master list of AWPE vehicles (.2) Email Bank counsel re missing titles (.2) Review additional certificates received from Bank and cross-check against master list | 1.00 $300.00/ hr | $300.00 |

**Baldi Berg & Wallace, Ltd**

A.W.P.E, LLC - Trustee Matters

| | | | | |
|---|---|---|---|---|
| | | (.4) | | |
| 9/04/2012 | ECB | Email to Bank's counsel. M. Salzman regarding potential for joint sale | 0.20 $300.00/ hr | $60.00 |
| 9/04/2012 | ECB | Review lease (.3) and confer with Counsel re negotiations for admin. rent claim (.3) | 0.60 $300.00/ hr | $180.00 |
| 9/04/2012 | ECB | TC with UST to schedule 341 meeting for creditors | 0.10 $300.00/ hr | $30.00 |
| 9/04/2012 | ECB | Confer with office staff re mail forwarding for company | 0.10 $300.00/ hr | $30.00 |
| 9/10/2012 | ECB | Review North Shore Community loan dox for $500,000 Equipment loan and $900,000 LLC membership interest loan (.5) Confer with  counsel re same (.2) | 0.70 $300.00/ hr | $210.00 |
| 9/10/2012 | ECB | Email P. Higgins re on site inventory with auctioneer and preparation of schedules | 0.20 $300.00/ hr | $60.00 |
| 9/11/2012 | ECB | Inspect debtor's offices and review and pull documents for case administration | 1.50 $300.00/ hr | $450.00 |
| 9/11/2012 | ECB | Confer with counsel re prep of schedules (.2) TC with Pat Higgins re completion of questionnaire for same (.1) | 0.30 $300.00/ hr | $90.00 |
| 9/11/2012 | ECB | Review debtor files re insurance (.1) and Confer with counsel re I coverage for premises liability through auction (.1) | 0.20 $300.00/ hr | $60.00 |
| 9/11/2012 | ECB | Meet with Jake Josko of PPL liquidators at warehouse to conduct pre-auction inventory and firm up agreement to retain for same | 2.50 $300.00/ hr | $750.00 |

# Baldi Berg & Wallace, Ltd

3/05/2013

A.W.P.E, LLC - Trustee Matters

Page    4

---

| 9/12/2012 | ECB | TC with P. Higgins re Integrated Plastics and disposition of dies | 0.30 $300.00/ hr | $90.00 |
|---|---|---|---|---|
| 9/12/2012 | ECB | Arrange for meeting with principal of Debtor for preparation of schedules | 0.10 $300.00/ hr | $30.00 |
| 9/12/2012 | ECB | Memo to counsel re preparation of motion to approve auction sale and notification to call creditors re same | 0.20 $300.00/ hr | $60.00 |
| 9/12/2012 | ECB | Confer with counsel re inventory and equipment to be listed on schedules | 0.20 $300.00/ hr | $60.00 |
| 9/13/2012 | ECB | Memo to counsel re confirmation of bank's security interest in accounts receivable and impact on negotiations with bank and preparation of schedules | 0.20 $300.00/ hr | $60.00 |
| 9/17/2012 | ECB | Meet with counsel to discuss status of prep of schedules, upcoming meeting with principal Pat Higgins and continuation of utility service through auction date | 0.40 $300.00/ hr | $120.00 |
| 9/17/2012 | ECB | Review Accounts security agreement and check public records for perfection of UCC lien | 0.20 $300.00/ hr | $60.00 |
| 9/17/2012 | ECB | Check docket re 341 date and TC UST office re error in setting same (.1) Email to Connie Warner to request new date and time for 341 meeting (.1) | 0.20 $300.00/ hr | $60.00 |
| 9/18/2012 | ECB | TC's with Jim Wheeler at insurance agent office regarding extent of coverage for property, general liability, and automobile insurance (.2) Email to agent to followup on request for information regarding term of current coverage and to investigate identity of vehicles currently listed on auto policy (.2) | 0.40 $300.00/ hr | $120.00 |
| 9/18/2012 | ECB | Review draft of Schedules and Statement of Financial Affairs (.8)  Meet with counsel to go over draft and review debtor and assignee documents to assist in completion of | 3.20 $300.00/ hr | $960.00 |

**Baldi Berg & Wallace, Ltd**

3/05/2013

A.W.P.E, LLC - Trustee Matters

---

|            |     | schedules (2.0) Search and review public record regarding potential recovery of Debtor assets from B. MIllar (.4) |                      |          |
|------------|-----|------------------------------------------------------------------------------------------------------------------|----------------------|----------|
| 9/18/2012  | ECB | Review, revise and execute letter agreement with Bank regarding joint sale of assets                              | 0.50<br>$300.00/ hr  | $150.00  |
| 9/19/2012  | ECB | Emails to Pat Higgins to reschedule meeting to finalize schedules                                                 | 0.10<br>$300.00/ hr  | $30.00   |
| 9/19/2012  | ECB | Meet with counsel to discuss status of auto insurance on vehicles                                                 | 0.20<br>$300.00/ hr  | $60.00   |
| 9/19/2012  | ECB | TC with Jake Josko re agreement with bank and landlord and set tentative date for auction                         | 0.20<br>$300.00/ hr  | $60.00   |
| 9/19/2012  | ECB | Email to Pat Higgins re tentative date for auction and requirements for PPL Group to prep same                    | 0.10<br>$300.00/ hr  | $30.00   |
| 9/19/2012  | ECB | Review insurance endorsement received from agent                                                                  | 0.10<br>$300.00/ hr  | $30.00   |
| 9/19/2012  | JMM | TC to Linda Stratton @ Toshiba re: Rented Printer                                                                 | 0.20<br>$125.00/ hr  | $25.00   |
| 9/20/2012  | ECB | Arrange for delivery of keys to auctioneer for on-site auction prep                                               | 0.20<br>$300.00/ hr  | $60.00   |
| 9/20/2012  | JMM | Travel to Ace Hardware to get 2 copies of warehouse key made (.6) and Mail keys to PPL Group (.2)                 | 0.80<br>$125.00/ hr  | $100.00  |
| 9/20/2012  | JMM | Process August 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1)                                    | 0.20<br>$125.00/ hr  | $25.00   |
| 9/21/2012  | ECB | TC with Sage Capital Recovery on behalf of GE Capital regarding retrieval of Toshiba copier and GE Claim (.2) Memo to file re same (.1) | 0.30<br>$300.00/ hr  | $90.00   |

**Baldi Berg & Wallace, Ltd**

3/05/2013

A.W.P.E, LLC - Trustee Matters

Page    6

---

| 9/24/2012 | ECB | Receive Debtor's QB files from assignee and setup database on TR system to review same (1.0) Email to assignee's office for assistance with same (.2) | 1.20 $300.00/ hr | $360.00 |
| 9/24/2012 | ECB | Email to auctioneer to confirm receipt of keys to warehouse, schedule for on-site auction prep and status of motion to conduct sale | 0.30 $300.00/ hr | $90.00 |
| 9/25/2012 | ECB | Prepare for (.4) and meet with Pat Higgins and counsel to review draft of schedules (3.4) | 3.80 $300.00/ hr | $1,140.00 |
| 9/25/2012 | ECB | Review North Shore outstanding loan balance calculations received from Salzman | 0.10 $300.00/ hr | $30.00 |
| 9/27/2012 | ECB | Attend court status hearing on involuntary petition | 0.10 $300.00/ hr | $30.00 |
| 9/28/2012 | ECB | Correspond with AWPE insurance agent re cancellation of Worker's Compensation Policy (.2) Review and execute same (.1) | 0.30 $300.00/ hr | $90.00 |
| 9/28/2012 | ECB | Email to P. Higgins re backup copy of company Quickbooks and prep of schedules | 0.10 $300.00/ hr | $30.00 |
| 9/28/2012 | ECB | Respond to correspondence from vendor re auction plans | 0.10 $300.00/ hr | $30.00 |
| 10/02/2012 | ECB | Contact auctioneer re status of auction prep | 0.10 $300.00/ hr | $30.00 |
| 10/02/2012 | ECB | TC and email to Craig Swanson, principal of Commercial Property Associates, industrial park owners association, regarding case status and potential claim for association assessment | 0.30 $300.00/ hr | $90.00 |

**Baldi Berg & Wallace, Ltd**

3/05/2013

A.W.P.E, LLC - Trustee Matters

| | | | | |
|---|---|---|---|---|
| 10/02/2012 | ECB | TC's with Carl Swanson of industrial park owners' association regarding past due assessments and potential claim against estate (.2) Review lease regarding potential pass thru of same (.2) Email Swanson re same (.1) | 0.50<br>$300.00/ hr | $150.00 |
| 10/03/2012 | ECB | Email to Pat Higgins re status of copying Quickbooks file and delivery of same for preference review and prep of schedules | 0.10<br>$300.00/ hr | $30.00 |
| 10/05/2012 | ECB | TC with customer Bally Refrigerated Boxes re dies or inventory on site (.1) Email to P. Higgins re same (.1) | 0.20<br>$300.00/ hr | $60.00 |
| 10/08/2012 | ECB | Email Pat Higgins re prep of schedules  and status of Bally Refrigerated dies | 0.10<br>$300.00/ hr | $30.00 |
| 10/09/2012 | ECB | Meeting with counsel re status of prep of schedules (.4) Attempt to open company backup copy of Quickbooks program (.7) Prep list of outstanding matters (.2) | 1.30<br>$300.00/ hr | $390.00 |
| 10/10/2012 | ECB | Review Grange Insurance certificate of insurance and premium bill (.3) Email to J. Wheeler transmitting October payment (.2) | 0.50<br>$300.00/ hr | $150.00 |
| 10/11/2012 | ECB | Travel to plant in Carpentersville to meet with Pat Higgins; Review and confirm final draft of schedules;  Obtain execution of Declaration of Electronic Filing for same; Review Quickbooks on Company computer and obtain printouts of check register and accounts payable register | 2.10<br>$300.00/ hr | $630.00 |
| 10/12/2012 | ECB | TC with insurance agent J. Wheeler re cancellation of collision and liability on vehicle fleet (.2) Email request for same (.1) TC to Grange re payment of premium (.2) TC's to Grange Insurance to arrange for payment re wire transfer (.3) | 0.80<br>$300.00/ hr | $240.00 |
| 10/12/2012 | ECB | Email to Bank's counsel re approval of settlement and auction | 0.10<br>$300.00/ hr | $30.00 |

**Baldi Berg & Wallace, Ltd**

3/05/2013

A.W.P.E, LLC - Trustee Matters

Page    8

---

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 10/15/2012 | ECB | Meet with JDL re final version of Schedules and approval of same by P. Higgins (.8) Review code and case law to confirm preference period in involuntary case for use on SOFA (.5) | 1.50 $300.00/ hr | $450.00 |
| 10/15/2012 | ECB | TC and emails with Jake Josko re onsite preparation for auction (.4)  Locate vehicle keys, cross check against vehicle inventory and prep delivery of same to auctioneers (.5) | 0.90 $300.00/ hr | $270.00 |
| 10/16/2012 | ECB | TC with Pat Higgins re death of father and delay in reviewing final schedules (.2) Confer with JDL re phone consult to approve same and filing deadline (.2) | 0.40 $300.00/ hr | $120.00 |
| 10/16/2012 | ECB | Open and review Sept 12 bank statements | 0.10 $300.00/ hr | $30.00 |
| 10/16/2012 | JMM | Process September 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/ hr | $25.00 |
| 10/17/2012 | ECB | TC with Jessica @ Sage Capital re repossession/pickup of Toshiba copier | 0.10 $300.00/ hr | $30.00 |
| 10/17/2012 | ECB | TC with Rick Fischer of T.K. Industries re retrieval of specific equipment left on site (weigh bins and bagger) (.5) Review Debtor's list of machinery and equipment for same (.2) | 0.70 $300.00/ hr | $210.00 |
| 10/17/2012 | ECB | Email and TC with Tanya Rick @ PPL  re brochure for auction (.2) Email to Pat Higgins to confirm logo (.1) | 0.30 $300.00/ hr | $90.00 |
| 10/17/2012 | ECB | TC with Bruce Klevin, on site field manager for auctioneer re status of auction prep | 0.30 $300.00/ hr | $90.00 |
| 10/19/2012 | ECB | TC's with Pam @ SMG Security re pending cancellation of fire alarm (.2) Obtain and review copy of cancellation notice (.1) Negotiate administrative expense allowance for | 0.50 $300.00/ hr | $150.00 |

**Baldi Berg & Wallace, Ltd**

A.W.P.E, LLC - Trustee Matters

---

| | | | | |
|---|---|---|---|---|
| | | coverage through auction (.2) | | |
| 10/22/2012 | ECB | Email to auctioneer re status of prep and advertising | 0.20<br>$300.00/ hr | $60.00 |
| 10/24/2012 | ECB | Correspondence with auctioneer and Pat Higgins regarding missing certificates of title and titles with no vehicles (.3) Transmit original titles with releases to Josko (.1) | 0.40<br>$300.00/ hr | $120.00 |
| 10/25/2012 | ECB | Conduct 341 meeting | 0.30<br>$300.00/ hr | $90.00 |
| 10/26/2012 | JMM | Review case file and docket to update current status for preparation of Trustee's annual report | 0.80<br>$125.00/ hr | $100.00 |
| 10/30/2012 | JMM | Deposit Check into TCMS (.1) and Send to Congressional via FedEx (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 10/31/2012 | ECB | Review, revise and approve annual report, form 1 and form 2 prepared for filing with court and United States Trustee (.7) Confer with JMM re compilation and filing of both hard and electronic copies of same (.2) | 0.90<br>$300.00/ hr | $270.00 |
| 10/31/2012 | JMM | Meet with Trustee re: case update & preparation of annual reports (.3)  Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee Office (.4) | 0.70<br>$125.00/ hr | $87.50 |
| 11/01/2012 | ECB | Travel to Debtor's office; Complete review of books and records and conduct pre-auction walkthrough of warehouse | 2.60<br>$300.00/ hr | $780.00 |
| 11/02/2012 | ECB | Email to R. Fischer to followup on  asserted ownership interest in (3) weigh bins and (1) bagger and documentation for same | 0.10<br>$300.00/ hr | $30.00 |

**Baldi Berg & Wallace, Ltd**

3/05/2013

A.W.P.E, LLC - Trustee Matters

---

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/06/2012 | ECB | Review email from Pat Higgins to confirm ownership of TK equipment (3 bins and 1 bagger) and exclusion of same from sale (.1) TC with on site field manager for auction re progress of tagging, brochure, etc. (.1) Email to Josko and Higgins re exclusion of TK equipment from sale (.2) Email to R. Fischer to arrange pickup of TK equipment from warehouse (.1) | 0.50 $300.00/ hr | $150.00 |
| 11/06/2012 | ECB | Process and pay November 2012 insurance premium from Grange | 0.20 $300.00/ hr | $60.00 |
| 11/08/2012 | ECB | TC auctioneer re cleanup charges (.2) Confer with counsel re negotiations of division of cost amongst landlord, bank and estate (.2) Confer with counsel re potential preference claims against landlord (.1) | 0.50 $300.00/ hr | $150.00 |
| 11/09/2012 | ECB | Email and TC from Pat Higgins re smell of gas on site at warehouse (.2) TC to David Leali @ Cornerstone Bank re arrangements for repairs and sharing cost of same (.4) TC's to various HVAC suppliers in area and arrange for Monday inspection and maintenance (.3) Email to P. Higgins and counsel re same (.2)  TCs to Brad Millar to request onsite visit over weekend to check smell and air out building (.2) | 1.30 $300.00/ hr | $390.00 |
| 11/12/2012 | ECB | TC with auctioneer re status of quotes for post-auction cleanup; Discuss issue with Cornerstone Bank regarding proposed removal of copper conduit by scrapper | 0.30 $300.00/ hr | $90.00 |
| 11/12/2012 | ECB | TC to Sage Capital for further reminder to remove Toshiba equipment | 0.20 $300.00/ hr | $60.00 |
| 11/12/2012 | ECB | TC to The Vending Group, 3rd party manager for coke machine rental, to notify of bankruptcy and arrange for retrieval of Coke machine | 0.30 $300.00/ hr | $90.00 |
| 11/12/2012 | ECB | TC with D. Leali at Cornerstone Bank regarding transfer of utilities and sharing of costs for same (.1) Discuss issues relating to post-auction cleanup (.1) | 0.20 $300.00/ hr | $60.00 |

**Baldi Berg & Wallace, Ltd**

3/05/2013

A.W.P.E, LLC - Trustee Matters

---

| | | | | |
|---|---|---|---|---|
| 11/13/2012 | ECB | Read PPL auction manual | 0.30<br>$300.00/ hr | $90.00 |
| 11/13/2012 | ECB | TC to Cornerstone Bank re heating situation | 0.20<br>$300.00/ hr | $60.00 |
| 11/13/2012 | ECB | TC Cornerstone Bank to obtain consent to contract and pay for additional repairs to HVAC unit (.1) TC Master Tech HVAC to set up maintenance call (.1) TC to auctioneer to advise of 11/15 service call by Master Tech (.1) Obtain copy of Master Tech invoice (.2) Prep letter agreement for splitting costs of heat repair with Cornerstone (.6) | 1.10<br>$300.00/ hr | $330.00 |
| 11/13/2012 | ECB | TC with Tracy from Bally regarding receipt of company prints and information re participation in on-line auction | 0.20<br>$300.00/ hr | $60.00 |
| 11/13/2012 | ECB | TC to Comcast regarding ability and procedures to transfer Renaissance Door phone number (.2) Obtain instructions regarding on-site equipment and return of modems (.2) email to Cody Stratman re disconnection of service and inability to purchase(.1) | 0.50<br>$300.00/ hr | $150.00 |
| 11/14/2012 | ECB | TC with D. Leali of Cornerstone Bank re landlord's administrative rent claim and agreement to cover HVAC repairs | 0.20<br>$300.00/ hr | $60.00 |
| 11/14/2012 | ECB | Exchange multiple emails with Pat Higgins regarding auction, equipment leases, heating and other issues | 0.40<br>$300.00/ hr | $120.00 |
| 11/14/2012 | JMM | Process October 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 11/15/2012 | ECB | TC with auctioneers re auction prep | 0.20<br>$300.00/ hr | $60.00 |

**Baldi Berg & Wallace, Ltd**

3/05/2013

A.W.P.E, LLC - Trustee Matters

Page    12

---

| 11/16/2012 | ECB | Attend  auction; Confer with Cornerstone Banker D. Leali and broker re disposition of building and timing for same; Confer with HVAC techs re heating issues; | 8.50 $300.00/ hr | $2,550.00 |
|---|---|---|---|---|
| 11/20/2012 | ECB | TC with Chris Munez, counsel for carpenters union re results of auction | 0.10 $300.00/ hr | $30.00 |
| 11/20/2012 | ECB | Email to president Pat Higgins re results of auction | 0.20 $300.00/ hr | $60.00 |
| 11/20/2012 | ECB | TC with Bruce Kleven re status of post-auction retrieval, heating issues and cleanup (.2) EMail to Josko re post-auction issues (.2) | 0.40 $300.00/ hr | $120.00 |
| 11/27/2012 | ECB | TC with Bruce Klevin re status of load out and heat at plant | 0.20 $300.00/ hr | $60.00 |
| 11/28/2012 | ECB | TC to Chris Scorzo re status of insurance at 830 Commerce Drive | 0.10 $300.00/ hr | $30.00 |
| 11/30/2012 | ECB | Prep list of utilities and account numbers in connection wit pending transfer (.7) TC's to bank and landlord re same (.2) | 0.90 $300.00/ hr | $270.00 |
| 12/03/2012 | ECB | TC with Kevin Shallcroft re continuing offer to clean premises for $5,000 | 0.10 $300.00/ hr | $30.00 |
| 12/03/2012 | ECB | TC to J. Wheeler re procedures required to cancel insurance policy | 0.10 $300.00/ hr | $30.00 |
| 12/03/2012 | ECB | Review email from auctioneer re status of cleanup; Review pictures re same | 0.20 $300.00/ hr | $60.00 |
| 12/03/2012 | ECB | Confer with JDL re inquiry to Cigna re status of dental plan | 0.10 $300.00/ hr | $30.00 |

# Baldi Berg & Wallace, Ltd

3/05/2013

A.W.P.E, LLC - Trustee Matters

Page    13

---

| 12/04/2012 | ECB | Review and execute (4) Lost Policy Releases for cancellation of company's general liability, personal property and automobile policies (.3) Prep email to insurance agent re same (.1) | 0.50<br>$300.00/ hr | $150.00 |
|---|---|---|---|---|
| 12/04/2012 | JMM | Drafted letter to Wheeler @ Norman Olson Insurance Agency re: Cancellation Documents | 0.40<br>$125.00/ hr | $50.00 |
| 12/11/2012 | ECB | TC with Mike Davis re retention by Brad Millar and history of case and auction | 0.30<br>$300.00/ hr | $90.00 |
| 12/11/2012 | ECB | Confer with JMM re prep of Certificate of Service for Auction motion | 0.10<br>$300.00/ hr | $30.00 |
| 12/11/2012 | ECB | Receive and process auction proceeds from PPL (.1) Review list of buyers and lots sales (.2) | 0.30<br>$300.00/ hr | $90.00 |
| 12/11/2012 | JMM | Review Motion to Pay Auctioneer & Auction Expenses (.1) and Input Claims into TCMS (.3) | 0.40<br>$125.00/ hr | $50.00 |
| 12/11/2012 | JMM | Allocate AWPE auction proceeds against specific assets (.6), Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.80<br>$125.00/ hr | $100.00 |
| 12/12/2012 | ECB | Open and approve Nov 12 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 12/14/2012 | ECB | Email staff re preparation of Report of Sale | 0.20<br>$300.00/ hr | $60.00 |
| 12/14/2012 | JMM | Process November 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 12/20/2012 | ECB | Process court order allowing administrative claims; prep checks re same | 1.30<br>$300.00/ hr | $390.00 |

**Baldi Berg & Wallace, Ltd**

3/05/2013

A.W.P.E, LLC - Trustee Matters

Page    14

---

| 12/21/2012 | ECB | Correspondence and email to G. Spathis re delivery of North Check (.2) Correspondence to B. Millar to transmit rent (.1) Email to D. Leali at Cornerstone bank re allowance and payment of administrative rent (.1) Correspondence and email to P. Smialek re allowance and payment of admin claim for security services (.2) Pay admin expense for Carpentersville water (.1) | 0.70<br>$300.00/ hr | $210.00 |
| 1/15/2013 | ECB | Open and review 12/12 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 1/15/2013 | JMM | Process December 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 1/16/2013 | ECB | Meet with paralegal JMM re prep of annual tax reporting forms and required 1099's, W-2's (.1) TC with estate's accountant re prep of 2012 tax return (.1) | 0.20<br>$300.00/ hr | $60.00 |
| 1/16/2013 | JMM | Confer w/ ECB re: prep of annual tax reporting forms and required 1099's, W-2's (.1) TC with estate's accountant re prep of 2012 tax return (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 1/17/2013 | ECB | Receive Nicor utility deposit refund and confirm against final bill (.10 ) Review terms of agreement re calculation of TR commission payable from Bank's cash collateral (.2) Credit payment against same (.1) | 0.40<br>$300.00/ hr | $120.00 |
| 1/18/2013 | ECB | Review debtor's tax returns for 2009 and 2010 (.3) TC with accountant re status of unfilled 2011 return and prep of estate's 2012 (.3) Memo to Pat Higgins re status of returns (.2) | 0.80<br>$300.00/ hr | $240.00 |
| 1/18/2013 | ECB | Review final bill and prior bills from Com Ed to determine amount of  deposit refund due estate | 0.30<br>$300.00/ hr | $90.00 |
| 1/18/2013 | ECB | Review Debtor records and reconstruct 2012 payroll summary (1.1) TC accountant re same (.2) | 1.30<br>$300.00/ hr | $390.00 |

**Baldi Berg & Wallace, Ltd**

3/05/2013

A.W.P.E, LLC - Trustee Matters

Page    15

| | | | | |
|---|---|---|---|---|
| 1/18/2013 | ECB | Review debtor's payroll records and assignee's general records for necessary documentation to compile 2012 W-2's (1.5) TC to Estate's accountant re same (.2) Letter to accountant with supporting documentation (.2) | 1.90<br>$300.00/ hr | $570.00 |
| 1/18/2013 | RKP | Review case file and documents re: 2012 tax return obligation (.2); memo to L. West re: same (.1). | 0.30<br>$195.00/ hr | $58.50 |
| 1/21/2013 | ECB | TC to estate's accountant re prep of 2012 estate tax returns (.1) Confer with staff re delivery of supporting dox for same (.1) | 0.20<br>$300.00/ hr | $60.00 |
| 1/22/2013 | ECB | Compile final documentation for delivery to accountant for preparation of 2012 W-2's (.7) Email accountant re same (.1) | 0.80<br>$300.00/ hr | $240.00 |
| 1/23/2013 | ECB | TC with estate's accountants re prep of W-2's and 1099's (.2) TC to Denise Hober, debtor's former on staff accountant re payroll reporting issues (.2)  TC with Pat Higgins re tax matters and anticipated timing for filing of 2011 and 2012 returns (.2) Review Debtor's financial files to obtain further documentation for prep of tax returns (.5) | 1.10<br>$300.00/ hr | $330.00 |
| 1/23/2013 | JMM | Draft email to Accountant re: 2012 Taxes | 0.10<br>$125.00/ hr | $12.50 |
| 1/29/2013 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 1/30/2013 | ECB | TC to debtor's former accountant D. Diamond to request turnover of Debtor's books and records (.1) TC with Estate's account re prep of 2011 and 2012 returns (.2) Forward  2009 and 2010 returns to same (.2) | 0.50<br>$300.00/ hr | $150.00 |
| 1/30/2013 | JMM | Update TR database to change judge | 0.10<br>$125.00/ hr | $12.50 |

# Baldi Berg & Wallace, Ltd

3/05/2013

A.W.P.E, LLC - Trustee Matters

Page    16

---

| 1/31/2013 | ECB | Arrange for pickup and delivery of W-2 for former employee | 0.20 $300.00/ hr | $60.00 |
|---|---|---|---|---|
| 1/31/2013 | ECB | Work with computer consultant in effort to open portable copy of Debtor's Quickbooks for use in prep of tax returns | 1.40 $300.00/ hr | $420.00 |
| 1/31/2013 | ECB | Review accountant's email re prep of tax return (.1) Review documents from Assignee and Debtor's records and compile same for use in prep of estate's tax returns (.8) | 0.90 $300.00/ hr | $270.00 |
| 2/01/2013 | ECB | Extended phone call with Quickbooks customer service regarding ability to access QB | 1.50 $300.00/ hr | $450.00 |
| 2/04/2013 | ECB | Install Quickbooks Enterprise Solution (.7) Review Debtor's financials (.7) TC with accountant re required reports (.2) Prepare from newly installed QB program and send same to Accountant (.3) | 1.90 $325.00/ hr | $617.50 |
| 2/04/2013 | ECB | Review claims register and prep schedule of priority claims | 0.30 $325.00/ hr | $97.50 |
| 2/05/2013 | ECB | Perform claims review (1.5) Finalize administrative claim amounts (.5) and run proposed distribution report (.2) Review code and rules re reporting required of assignee for the benefit of creditors (.4) Place call to UST re necessity for same (.1) | 2.70 $325.00/ hr | $877.50 |
| 2/06/2013 | ECB | TC with accountant re prep of 2011 and 2012 returns and schedule for case closing (.4) Email Pat Higgins re same (.3)  Compile sale dox and email to accountant for use in prep of returns (.2) | 0.90 $325.00/ hr | $292.50 |
| 2/06/2013 | ECB | TC with Steve Wolf at UST office re Rule 6002 requirement of Final Report and Account for Assignee | 0.20 $325.00/ hr | $65.00 |

# Baldi Berg & Wallace, Ltd

3/05/2013

A.W.P.E, LLC - Trustee Matters

Page    17

---

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 2/06/2013 | ECB | Prepare closing memo to RKP regarding admin fees, claims review, proposed distribution and report and account of assignee (.8)  TC with Steve Wolf at office of UST regarding Rule 6002 requirements for assignee's report and final account (.2) | 1.00<br>$0.00/ hr | $0.00 |
| 2/08/2013 | ECB | Email to accountant and P. Higgins re valuation for cars in 2009 to establish cost basis and completion and execution of 2011 corporate return. | 0.20<br>$325.00/ hr | $65.00 |
| 2/11/2013 | ECB | Review auction values received from P. Higgins as support for Debtor's cost basis in vehicles fleet and cross-check against TR vehicle inventory (.2) Email to Accountant re same (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 2/11/2013 | ECB | Open and approve Jan 13 Bank Statement | 0.10<br>$325.00/ hr | $32.50 |
| 2/12/2013 | ECB | TC with accountant re status of prep of tax returns | 0.20<br>$325.00/ hr | $65.00 |
| 2/12/2013 | JMM | Process January 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/14/2013 | ECB | Receive and deposit ComEd utility deposit refund (.2) ; Calculate final amounts due to North Shore on account of cash collateral and agreement to pay portion of TR commission (.2);  Update spreadsheet re same (.2) Correspondence to G. Spathis re same (.30) | 0.90<br>$325.00/ hr | $292.50 |
| 2/14/2013 | ECB | Analyze 2012 pay history for employee T. Morrissey in response to confirm accuracy of W-2 reporting; Prep spreadsheet for same (1.5) TC with estate's account re same (.2) TC with Morrissey regarding validity of W-2 (.1) | 1.80<br>$325.00/ hr | $585.00 |
| 2/14/2013 | ECB | Review email from Pat Higgins re status of tax return prep (.1) TC and email with Lois West re same (.2) | 0.30<br>$325.00/ hr | $97.50 |

**Baldi Berg & Wallace, Ltd**

3/05/2013

A.W.P.E, LLC - Trustee Matters

Page    18

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 2/14/2013 | JMM | Deposit Check into TCMS (.1), Allocate payment to Bank (.1), Send Check to Congressional via FedEx (.1) | 0.30<br>$175.00/ hr | $52.50 |
| 2/15/2013 | ECB | Review, approve and execute 1096 for 2012 | 0.10<br>$325.00/ hr | $32.50 |
| 2/15/2013 | ECB | Review and approve annual bond payment report | 0.10<br>$325.00/ hr | $32.50 |
| 2/15/2013 | JMM | Review Blanket Bond distribution and approve w/ ECB (.1), Distribute Bond Payments (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/19/2013 | ECB | TC with accountant re 2011 and 2012 returns (.1) Prep revised income and expense and forward to same (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 2/22/2013 | RKP | Review case file and documents for information needed to prepare TFR and related documents (.6); review email from ECB re: same (.1); email to ECB with questions regarding preparation of TFR (.1); update system data with information as necessary to prepare TFR, NFR and TDR (2.2). | 3.00<br>$195.00/ hr | $585.00 |
| 2/23/2013 | RKP | Begin draft Trustee fee application | 1.00<br>$195.00/ hr | $195.00 |
| 2/24/2013 | RKP | Further draft Trustee fee application. | 0.80<br>$195.00/ hr | $156.00 |
| 2/25/2013 | RKP | Edits to Trustee fee application (.8); edit time detail and prepare statement of services as exhibit to fee application (1.0); draft assignee report of sale (1.3); draft TFR (1.0); draft NFR (.5). | 4.60<br>$195.00/ hr | $897.00 |
| 2/26/2013 | ECB | TC with RKP re status of prep of TFR package (.2) TC with Lois West re status of delivery of Popowcer invoice (.1) | 0.30<br>$325.00/ hr | $97.50 |

**Baldi Berg & Wallace, Ltd**

3/05/2013

A.W.P.E, LLC - Trustee Matters

Page    19

| Date | | Description | Hours/Rate | Amount |
|------|---|-------------|------------|--------|
| 2/26/2013 | JMM | Draft Letter to IRS re: Filing of Form 1096 & 1099 (.4), Draft Letter to SSA re: Filing W2 & W3 (.4), Send by Certified Mail (.2) | 1.00<br>$175.00/ hr | $175.00 |
| 3/01/2013 | ECB | Review and approve 2012 US Partnership return (.2) Prep and send out Schedule K-1's to partners (.3) | 0.40<br>$325.00/ hr | $130.00 |
| 3/04/2013 | ECB | Review TFR, proposed Distribution and make edits of same  (.7) Review and approve TR final fee app (.3) | 1.00<br>$325.00/ hr | $325.00 |
| 3/05/2013 | ECB | Review Attorneys final fee application and supporting documents (.5) Review and approve invoice (.6) Review Accountants final fee application and supporting documents (.4) Review Notice of TFR (.3) Review and approve Assignee Report (.3) confer with RKP re required revisions and submission to UST for approval (.2) | 2.40<br>$325.00/ hr | $780.00 |

|  | |
|--|--|
| Total Fees | $31,816.50 |

**Expenses**

| Start Date | Description | Quantity | Charges |
|------------|-------------|----------|---------|
| 9/21/2012 | ECB travel from Glen Ellyn to Carpentersville re: AWPE Auction (66 miles x $.55) | 1.00 @<br>/each | $0.00 |

| | |
|--|--|
| Total Expenses | $0.00 |
| Total New Charges | $31,816.50 |
| Previous Balance | $0.00 |
| Balance Due | $31,816.50 |

**Timekeeper Summary**

| Name | Hours | Rate |
|------|-------|------|
| Elizabeth C Berg | 80.60 | $300.00 |
| Elizabeth C Berg | 14.30 | $325.00 |
| Elizabeth C Berg | 1.00 | $0.00 |

**Baldi Berg & Wallace, Ltd**

A.W.P.E, LLC - Trustee Matters

| | | |
|---|---|---|
| Jason M Manola | 6.40 | $125.00 |
| Jason M Manola | 1.70 | $175.00 |
| Ricki K Podorovsky | 9.70 | $195.00 |

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| A.W.P.E., LLC., | ) | Case No. 12-24742 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

| | |
|---|---|
| State of Illinois | ) |
| County of Cook | ) |

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.     I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2.     I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  I or my agents pursuant to my direction performed the services set forth and described in the Application.

3.     I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg & Wallace, Ltd. a law firm at which I have been employed during the pendency of this case.  I have not previously received payment of any compensation for services rendered in connection with this case.

4.     Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on March 5, 2013

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**