UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| A.W.P.E., LLC., | ) | Case No. 12-24742 |
| | ) | (Kane County) |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date: April 18, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:            Popowcer Katten, Ltd.

Authorized to Provide
Professional Services as:     Accountants to Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                   September 13, 2012

Period for Which
Compensation is sought:       September 13, 2012 through close of the case

Amount of Fees sought:        $4,000.00

Amount of Expense
Reimbursement sought:          $0.00

This is an:    Interim Application __      Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:  $ ___-0-___ .

Dated: March 19, 2013                        Popowcer Katten, Ltd.

By:  _/s/Elizabeth C. Berg, Trustee_____
     Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| A.W.P.E., LLC, | ) | Case No. 12-24742 |
| | ) | (Kane County) |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date: April 18, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**Trustee's First and Final Application for Allowance and Payment of Compensation of Popowcer Katten, Ltd., Accountants for Trustee**

Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of A.W.P.E., LLC, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to Popowcer Katten, Ltd. ("Popowcer") of $4,000.00 as final compensation for professional services rendered to the Trustee from September 13, 2012 through the close of this case.  In support thereof, Trustee respectfully states as follows:

**Introduction**

1.    On June 20, 2012, an involuntary petition under chapter 7 of the Code was filed against the Debtor thereby commencing this case.  Thereafter, this Court entered an order for relief on August 16, 2012.

2.    Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.    The bar date for filing claims in this case was December 26, 2012.

**Retention of Popowcer**

4.    On September 13, 2012, this Court authorized the Trustee to employ Popowcer as her accountants in this case.  A copy of the retention order is attached hereto as Exhibit A.

**Prior Compensation Received**

5.      This is the first and final application for compensation that Popowcer will file in this case.

**Services Rendered by Popowcer**

6.      <u>Preparation of Estate Tax Returns</u>:  The services rendered by Popowcer have been in connection with the preparation of the Estate's tax returns for the years ending December 31, 2011 and December 31, 2012. In connection with the tax returns filed with the Internal Revenue Service and the Illinois Department of Revenue, Popowcer prepared working papers and prepared all returns and supporting schedules.  In addition, Popowcer prepared the Debtor's required 1096, 1099, W-2 and W-3 forms for the year 2012.  Trustee undertook to forward the required forms to the respective parties and former employees.

In connection with the foregoing services, Popowcer performed 22.40 hours of service to the Trustee.  The total value of the services performed is $5,239.00.  An itemized description of the services rendered to Trustee is set forth on the invoice attached hereto as Exhibit B.

7.      All of the services performed by Popowcer were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Popowcer at the request and direction of the Trustee.

**Request for Payment of Compensation**

8.      In order to provide a greater distribution to the Debtor's unsecured priority creditor, Popowcer voluntarily has agreed to reduce its request for allowance and payment of final compensation to the amount of $4,000.00.  Except to the extent of the voluntary reduction, Popowcer has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Popowcer for services rendered to the Trustee in connection with this case.

2

9.    Popowcer has not previously received payment of any compensation for services rendered in connection with this case.   The affidavit of Lois West in support of this Application is attached as Exhibit C.

10.    The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

### Status of the Case

11.    Trustee has administered all of the assets belonging to this Estate and has completed her review and analysis of the claims filed against the Estate.

12.    Trustee has completed and filed her Final Report simultaneously herewith.  Final fee applications for the Trustee and Trustee's attorneys have also been filed concurrently with this Application.

### Financial Condition of the Case

13.     Trustee currently has approximately $32,000.00 on deposit in the Estate's bank account.  The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees and expenses allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to Baldi Berg & Wallace, Ltd. in connection with its final fee application , 3) the fees allowed to Popowcer in connection with this final fee application, and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

14.    Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates that there will be sufficient funds to make a partial distribution to priority unsecured creditors.

3

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of A.W.P.E., LLC., Debtor requests the entry of an order providing the following:

A.      Allowing to Popowcer final compensation in the amount of $4,000.00 for actual and necessary professional services rendered to the Trustee from September 13, 2012 through the close of this case;

B.      Authorizing the Trustee to pay the amount awarded as part of her final distribution in this case from the funds on hand in the Estate; and

C.      For such other and further relief as this Court deems appropriate.

Dated: March 5, 2013                    Elizabeth C. Berg, as trustee of the estate of
                                        A.W.P.E., LLC., debtor


                                        By:____/s/Elizabeth C. Berg_____
                                              One of her Attorneys

Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle Street, Suite 1500
Chicago, IL  60603
312.726.8150

4

**Popowcer Katten**
**Final Fee Application**

**A.W.P.E., LLC, debtor**
**Case No. 12-24742**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-24742 |
| A.W.P.E., LLC, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Manuel Barbosa |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Authorizing Trustee to Employ Accountants**

This matter coming on to be heard upon the Trustee's Application to Employ Accountants, and the supporting affidavit of Lois West; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the bankruptcy estate of A.W.P.E., LLC, debtor, is authorized to employ Lois West and the accounting firm of Popowcer Katten, Ltd. to act as accountants for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter:

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated:  September 13, 2012

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
19 South LaSalle St., Suite 1500
Chicago, IL  60603
(312) 726-8150

**Popowcer Katten**
**Final Fee Application**

**A.W.P.E., LLC, debtor**
**Case No. 12-24742**

**Billing Statements**

**Exhibit B**

**Invoice No.** 26089



**POPOWCER KATTEN, LTD.**

CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- A.W.P.E., LLC  (12-24742)
- c/o Elizabeth C. Berg, Trustee
- Baldi, Berg & Wallace
- 19 S. LaSalle Street, Suite 1500
- Chicago, IL 60603

**Date:** February 26, 2013                    **Account No.:** BER1010L

For Professional Services Rendered:

For accounting and tax services rendered for the period January 21, 2013 through February 20, 2013 including preparation of annual information returns forms W-3, W-2, 1096 and 1099 and preparation of federal and state partnership income tax returns for the year ended December 31, 2011 and final year ended December 31, 2012.:

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. West | Bankruptcy Specialist | 16.8 | $240. | $ 4,032.00 |
| B. Glusak | Tax Specialist | 3.8 | 230. | 874.00 |
| J. Chari | Staff | 1.8 | 185. | 333.00 |
|  | Total fees: | 22.4 |  | $ 5,239.00 |

**Expenses:**

| Postage |  |  |  | 5.60 |
|---|---|---|---|---|
|  | Total: |  |  | $5,244.60 |
|  | Agreed upon fee: |  |  | **$4,000.00** |

**A.W.P.E., LLC  (12-24742)**

### Time Sort by Date

## ACCOUNTING & TAX SERVICES

| Date | Description | Time | Professional | Rate | Amount |
|------|-------------|------|--------------|------|--------|
| 1/21/2013 | Accounting Services - W-2 preparation - phone call with trustee Berg re: preparation of W-2's - received information and create spreadsheet for checks issued to employees by debtor. | 1.5 | L. West | $240 | 360.00 |
| 1/22/2013 | Accounting Services - Review recap activity for 2012 and enter social security numbers into spreadsheet.  Review additional information received from trustee re: quarterly 941 reports for 2012 and address for individuals. | 2.0 | L. West | $240 | 480.00 |
| 1/22/2013 | Accounting Services - Input wage information into software to prepare W-2's for 2012. | 0.8 | J. Chari | $185 | 148.00 |
| 1/23/2013 | Accounting Services - Completed input of wage and withholding information - print W-2 forms.  Input 1099 payments into software and print 1099 and 1096 forms. | 1.0 | J. Chari | $185 | 185.00 |
| 1/30/2013 | Accounting Services - Review W-2's and 1099's - make changes as needed and prepare transmittal letters and process forms for mailing. | 1.5 | L. West | $240 | 360.00 |
| 2/14/2013 | Tax Return Preparation - Input accounting information received from debtor for 2011 to prepare tax return for year ended 12/31/11.  Prepare federal and state forms 1065 and IL-1065 for 2011. | 5.3 | L. West | $240 | 1,272.00 |
| 2/19/2013 | Tax Return Preparation - Set up trial balance for 12/31/12 and post entries for debtor period of operations, assignee period of operations and trustee period of administration.  Calculate gain on sale of vehicles.  Reference workpapers.  Prepare transmittal letters and draft statement for attachment to returns re: bankruptcy filing. | 6.0 | L. West | $240 | 1,440.00 |
| 2/20/2013 | Tax Review - Review workpapers for 2011 and 2012 and forms 1065 and IL-1065 for 12/31/11 and final year ended 12/31/12. | 3.5 | B. Glusak | $230 | 805.00 |
| 2/20/2013 | Tax Review - Review collated returns prior to signature. | 0.3 | B. Glusak | $230 | 69.00 |
| 2/20/2013 | Tax Review - Make final revisions to returns and sign partnership returns for 2011 and 2012. | 0.5 | L. West | $240 | 120.00 |
| | Total | 22.4 | | | 5,239.00 |

**Popowcer Katten**                                        **A.W.P.E., LLC, debtor**
**Final Fee Application**                                  **Case No. 12-24742**

**Rule 2016 Affidavit**

**Exhibit C**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| A.W.P.E., LLC., | ) | Case No. 12-24742 |
| | ) | (Kane County) |
| Debtor. | ) | Hon. Carol A. Doyle |

**Rule 2016 Affidavit**

State of Illinois        )
County of Cook        )

I, Lois West, being first duly sworn upon oath, do depose and state as follows:

1.      I am a certified public accountant licensed by the State of Illinois and a manager in the Corporate Recovery Services department at the accounting firm of Popowcer Katten, Ltd. The matters set forth herein are true and correct to the best of my knowledge and belief.

2.      I have read the First and Final Application for Allowance and Payment of Compensation of Popowcer Katten, Ltd., Accountants for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Popowcer Katten, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      Popowcer Katten, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Popowcer Katten, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer Katten, Ltd.

4.      Further affiant sayeth naught.

_____
Lois West

Subscribed and Sworn to before me
this _6th_ day of March, 2013

_____
Notary Public

OFFICIAL SEAL
JUDITH A HUGHES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/02/16