UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| A.W.P.E., LLC., | ) | Case No. 12-24742 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: April 18, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:          Baldi Berg & Wallace Ltd.

Authorized to Provide
Professional Services to:    Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                 September 13, 2012

Period for Which
Compensation is sought:     August 29, 2012 to Close of Case

Amount of Fees sought:    $14,500.00

Amount of Expense
Reimbursement sought:    $731.29

This is an:    Interim Application  __    Final Application   _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses **paid** to the Applicant to date for services rendered and expenses incurred herein is:  $ ____-0-___.

Dated:  March 19, 2013                    Baldi Berg & Wallace, Ltd.


                                         By: _____/s/Elizabeth C. Berg_____
                                              Elizabeth C. Berg

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| A.W.P.E., LLC., | ) | Case No. 12-24742 |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: April 18, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**First Application for Allowance and Payment of Final Compensation
And Expense Reimbursement of Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

Baldi Berg & Wallace, Ltd., ("BBW"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of A.W.P.E., LLC, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to BBW of (1) $14,500.00 as final compensation for 103.70 hours of legal services rendered to the Trustee from August 29, 2012 through the close of this case and for reimbursement of expenses in the amount of $731.29.  In support thereof, BBW respectfully states as follows:

**Introduction**

1.     This case was commenced on June 20, 2012 by the filing of an involuntary petition under chapter 7 of the Code.  Thereafter, on August 16, 2012, this Court entered an order for relief.

2.     Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.     As of the commencement of this case, the Estate's assets consisted of the tangible and intangible personal property including chattel paper, inventory, equipment, general intangibles and all products and proceeds thereof (collectively, "Property").  Among the Property was a fleet of 12 vehicles and one Reddi Haul trailer used by the Debtor in its business operations (collectively, the "Vehicles").

4.     The Property was subject to a blanket lien in favor of NorthShore Community Bank ("Bank") on account of certain commercial loans extended to the Debtor in 2009 in the approximate

principal amount of $1.4 million.  However, the Bank failed to properly perfect the liens against the

Vehicles.  The Trustee asserted her ability to avoid the liens pursuant to Section 547 of the Code

and sought to liquidate the Estate's interest in the Vehicles.  Ultimately, Trustee negotiated with

Bank for a joint sale of the Property at auction in order to realize the highest and best price for the

Property with the proceeds from the sale of the Vehicles to be paid to the Estate free and clear of

any liens and the remaining proceeds of the auction to be paid to the Bank.  The Bank and the

Trustee agreed to share on a pro-rata basis the costs of the auction and the post-petition costs to

maintain the Property.

5.      The bar date for filing claims in this case was December 26, 2012.

### Retention of BBW

6.      On September 13, 2012, the Court entered an ordered authorizing Trustee to employ

Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as her counsel in this case.  A copy

of the order authorizing Trustee to retain BBW is attached hereto as Exhibit A.  BBW has served as

counsel for Trustee at all times since its retention.

7.      The professional qualifications and experience of the BBW attorneys and paralegals

who have performed substantial legal services for the Trustee during the period covered by this

Application are set forth in Exhibit B. The attorneys and paralegals who were responsible for

representing the Trustee in this case are:

    Elizabeth C. Berg – Partner
    Joseph A. Baldi – Partner
    Julia D. Loper – Associate
    Ricki K. Podorovsky – Paralegal
    Jason M. Manola – Paralegal

### Prior Compensation and Expense Reimbursement Received

8.      This is the first and final application ("Application") for allowance and payment of

compensation and expense reimbursement that BBW will file in this case.

### Services Rendered by BBW

9.     Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C.   The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

10.     For the Court's convenience, BBW has segregated its services into three categories summarized below:

General Administration:  The services rendered by BBW in connection with this category include advising the Trustee as to general case administration matters, ensuring the proper protection of the Property by securing the Debtor's warehouse and the appropriate insurance coverage on the Property; reviewing and analyzing the Debtor's books and records to, among other things, investigate the Debtor's financial affairs and to identify recoverable assets.   When it became clear that Debtor's principal was unable to timely prepare schedules of assets and liabilities, Trustee requested that BBW work with Debtor's principal on the preparation of schedules so that the administration of the case could proceed without delay.   BBW expended considerable amount of time examining the Debtor's records to prepare accurate and thorough Schedules of Assets and Liabilities for filing with the Court.  Further, BBW conducted a preference analysis and advised the Trustee as to potentially recoverable transfers.  Finally, BBW reviewed various tax notices received and claims from former employees and advised the Trustee with respect thereto, prepared this final fee application and the final fee application of the Trustee's accountants.

In connection with this category, BBW has expended 53.50 hours of services for which it requests compensation in the amount of $14,349.00.

Retention of Professionals:  In connection with this category, BBW prepared and presented the Trustee's Motions to Employ Attorneys and Accountants.

3

In connection with this category, BBW has expended 3.70 hours of services for which it requests compensation in the amount of $784.50.

Sale of Assets:  In connection with this category, BBW advised the Trustee as to the sale of the Property including: analyzing and advising the Trustee as to proposals from various auctioneers for the auction of the Property; negotiating with the Trustee's proposed auctioneer for commission rate and other terms of retention; advising the Trustee as to avoidance of the liens on the Vehicles; representing the Trustee in negotiations with the Bank for joint sale of the Property, for the splitting of auction costs and for an avoidance of the lien claims on the Vehicles.   As directed by the Trustee, BBW prepared and presented the Trustee's Motion to Hire Auctioneer, Conduct Auction Sale and Settle with the Bank ("Sale Motion"). The Sale Motion was granted on October 11, 2012 and the auction of the Property was held in November 2012.  As a result of the auction, the Estate recovered gross proceeds in excess of $145,000.00.  Pursuant to the Sale Motion, Trustee and the Bank were to split costs of the auction pro-rata based upon the money received (by the Estate) for the sale of the Vehicles and the money received (by the Bank) for the sale of the remaining Property sold.  Accordingly, BBW represented the Trustee with respect to post-auction matters including the review and analysis of the administrative claims asserted on account of maintaining the Property at the Debtor's former warehouse for the auction; preparing and presenting the Trustee's Motion to Pay Administrative Expenses; and preparing the Trustee's Report of Sale.

In connection with this category, BBW has expended 46.50 hours of services for which it requests compensation in the amount of $13,310.00.

**Compensation Requested**

11.   In connection with the foregoing services described and categorized in paragraph ten above, BBW spent 103.70 hours for which the total value of the services rendered is $28,443.00.  In order to provide a larger distribution to the Debtor's petitioning creditor with a greater distribution, BBW voluntarily reduces its request for allowance and payment of final

4

compensation to the amount of $14,500.00.

12.    All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee.  Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW's services are compensable and the compensation requested herein is fair and reasonable.  There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested.  In those instances where two attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

13.    The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters.  A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

**Payment of Compensation**

14.    BBW has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case, except to the extent that BBW voluntarily reduces its request for compensation as set forth herein.

15.    BBW has not previously received or been promised any payments for services rendered in this case.

16.    The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17.    The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this

case.

### Reimbursement of Expenses

18.    BBW has incurred actual and necessary expenses totaling $731.29 in connection

with the performance of the services described herein for which it requests reimbursement.  The

expenses primarily relate to the copying and postage for motions and pleadings filed with the Court

and delivery charges for original documents and keys sent in advance of the auction of the Debtor's

Property.  In addition, BBW expended out of pocket expenses in the amount of $422.30 to cover the

emergency costs of patch-repairing the HVAC unit at the Debtor's warehouse when the smell of gas

was detected at the location a few days prior to the auction sale.  While the Estate did not have an

interest in the Debtor's warehouse, the Trustee believed it was in the best interest of the Estate and

would create more optimal sale conditions to pay the costs to fix the HVAC unit so that there was

no gas leakage and the premises would have heat during the auction.  A detailed itemization of the

expenses for which BBW requests reimbursement is included within the billing statements attached

hereto as Exhibit C.

### Status of the Case

19.    The Trustee has administered all of the assets belonging to this Estate and

completed her review and analysis of the claims filed against the Estate.

20.    Trustee has completed and filed her Final Report simultaneously herewith.  The Final

Fee Application for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

21.    Trustee currently has approximately $32,000.00 on deposit in the Estate's bank

accounts.  The Chapter 7 administrative expenses that are currently owing and those the Trustee

anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to

Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to Baldi

Berg & Wallace, Ltd. in connection with this final fee application, 3) the fees allowed to Popowcer

6

Katten, Ltd. in connection with its final fee application as accountants for the Trustee, and 4) any other fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

22.    Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a partial distribution to priority unsecured creditors.

### Trustee's Approval

23.    BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg & Wallace, Ltd., attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A.    Allowing to Baldi Berg & Wallace, Ltd. final compensation in the amount of $14,500.00 for actual and necessary professional services rendered to the Trustee from August 29, 2012 through the closing of this case;

B.    Allowing to Baldi Berg & Wallace, Ltd. reimbursement of expenses in the amount of $731.29 for actual and necessary expenses incurred in the performance of services rendered to the Trustee in this case;

C.    Authorizing the Trustee to pay the amounts awarded from the funds in the case as part of her final distribution; and

D.    For such other and further relief as this Court deems appropriate.

Dated:  March 5, 2013                      Baldi Berg & Wallace, Ltd.

Attorneys for Elizabeth C. Berg, as trustee of the estate of A.W.P.E., LLC., debtor

By:_____/s/_____
          Elizabeth C. Berg

Elizabeth C. Berg/Atty ID 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle St.   Suite 1500
Chicago, IL  60603
312.726.8150

7

**Baldi Berg & Wallace**
**Final Fee Application**

**A.W.P.E., LLC, Debtor**
**Case No. 12-24742**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-24742 |
| A.W.P.E., LLC | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Manuel Barbosa |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

### ORDER EMPLOYING TRUSTEE'S ATTORNEYS

THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg, Joseph A. Baldi, and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the bankruptcy estate of A.W.P.E., LLC, debtor, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter:

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated:  September 13, 2012

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle Street, Suite 1500
Chicago, IL  60603
(312) 726-8150

**Baldi Berg & Wallace**                                      **A.W.P.E., LLC, Debtor**
**Final Fee Application**                                     **Case No. 12-24742**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg & Wallace, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg & Wallace, a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000.  Before her affiliation with Baldi, Berg & Wallace, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois.    Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute.  She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools.  She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants.  Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois.  She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

## Baldi Berg & Wallace, Ltd.

### Joseph A. Baldi

Joseph Baldi is the founding member of the Chicago bankruptcy boutique firm of Baldi Berg & Wallace, Ltd. (formerly Joseph A. Baldi & Associates, P.C.).   Prior to establishing the firm in 2000, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he served as chairman of bankruptcy and reorganization practice group.  In addition to his experience in private practice, Mr. Baldi spent five years as a staff attorney with the Office of the United States Trustee, a component of the United States Department of Justice.

Mr. Baldi has specialized in insolvency law for over 25 years and has extensive experience in a variety of settings, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.  He has represented clients in all sectors of the bankruptcy arena, including debtors, bankruptcy trustees, lenders, claimholders and creditor committees.  Mr. Baldi has counseled both individual and corporate debtors in chapter 7, 11, and 13 cases and has significant experience with complex commercial bankruptcies.

In addition to his experience acting as bankruptcy counsel, Mr. Baldi is a long time member of the panel of private bankruptcy trustees appointed by the United States Trustee's Office for the Northern District of Illinois.   In over twenty years as a chapter 7 trustee, Mr. Baldi has liquidated a broad range of business entities, including law firms, real estate ventures, distributorships, retail firms and financial service providers.  He has also operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, and an industrial real estate partnership.

Mr. Baldi is licensed to practice law in the state of Illinois and admitted to practice before the Seventh Circuit Court of Appeals and many federal bankruptcy courts in the Midwest.   He is a member of the Chicago Bar Association, National Association of Bankruptcy Trustees and American Bankruptcy Institute, where he is a frequent lecturer on a variety of bankruptcy topics.

In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois and currently serves as a commissioner on the city's Planning and Zoning Commission.  Mr. Baldi graduated *cum laude* from the DePaul University College of Law and holds a B.A. in Psychology from

**Baldi Berg & Wallace, Ltd.**

Western Illinois University.

## Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies.  Ms. Loper has worked with Baldi Berg and Wallace, Ltd. since 2009.  Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

## Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm.  Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois.  Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

## Jason M. Manola

Jason M. Manola is a legal assistant with the firm. Mr. Manola has worked with Baldi Berg & Wallace, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg & Wallace**                                                      **A.W.P.E., LLC, Debtor**
**Final Fee Application**                                                     **Case No. 12-24742**

**Billing Statements**

**Exhibit C**

**Baldi Berg & Wallace, Ltd.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

**Phone:** (312) 726-8150
**Fax:**    (312) 726-5067                                                          **FEIN:** 36-4352753

*Invoice submitted to:*                                                March  5, 2013
                                                                       Invoice No:    02173

Elizabeth C. Berg, Trustee
Baldi Berg & Wallace, Ltd.
19 S. LaSalle St., Suite 1500
Chicago, Illinois 60603

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| **A.W.P.E, LLC - General Administration** | | | | | | | |
| | 53.50 | $14,349.00 | $0.00 | $14,349.00 | $0.00 | $0.00 | $14,349.00 |
| **A.W.P.E, LLC - Retention of Professionals** | | | | | | | |
| | 3.70 | $784.50 | $0.00 | $784.50 | $0.00 | $0.00 | $784.50 |
| **A.W.P.E, LLC - Sale of Assets** | | | | | | | |
| | 46.50 | $13,310.00 | $731.29 | $14,041.29 | $0.00 | $0.00 | $14,041.29 |

103.7   # 28,443.50   Balance Due                                        $29,174.79

# Baldi Berg & Wallace, Ltd

3/05/2013

A.W.P.E, LLC - General Administration

Page    2

**In Reference to:**   *A.W.P.E, LLC - General Administration*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 8/28/2012 | JAB | High Ridge - Meet Mike Dudek and trustee re assignment, assets of debtor, follow up on same.  Review issues regarding lien perfection, sale of property.  TC to attorney for lender regarding same. | 2.00<br>$450.00/ hr | $900.00 |
| 9/10/2012 | JAB | TC's with landlord, negotiate regarding rental payments for AWPE premises.  TC to Crossroads, landlord mortgagee re same. | 0.60<br>$450.00/ hr | $270.00 |
| 9/10/2012 | JDL | Cf w/ ECB re: preparation of schedules, documents needed. | 0.20<br>$235.00/ hr | $47.00 |
| 9/11/2012 | JAB | Review insurance contracts re coverage, possible refund re same.  TC to insurance agent and assignee re effective date of policy, policy loan terms. | 0.60<br>$450.00/ hr | $270.00 |
| 9/11/2012 | JDL | Continue preparation of schedules. (4.2) TC to ComEd re: customer deposit and adequate assurance (.3) | 4.50<br>$235.00/ hr | $1,057.50 |
| 9/12/2012 | JAB | Follow up on insurance coverage, TC with agent re same. (.4)  Prepare and forward letter regarding bankruptcy filing, coverage questions, property of the estate to agent. Confer with trustee re same. (.4) | 0.80<br>$450.00/ hr | $360.00 |
| 9/12/2012 | JAB | Review files re accounts receivable, amounts owed from Cortina. (.3) TC with Cortina re receivable, set off for defective goods, ownership of dies.  Request documentation regarding claims and set off. (.3) TC to Scott Hunter re Integrated Plastics relationship to debtor, possession of dies, amounts due.  Confer with trustee re response and follow up. (.4) | 1.00<br>$450.00/ hr | $450.00 |

**Baldi Berg & Wallace, Ltd**                                              3/05/2013

A.W.P.E, LLC - General Administration                                  Page    3

---

| Date | Init | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 9/12/2012 | JDL | Review of debtor documents to obtain information to continue preparation of Debtor schedules. (3.9) TC to Village of Carpenters re: water shut off (.3) Fax notice of BK to J. Gurney re: same (.2) TC to ComEd re: adequate protection (.2) | 4.60 $235.00/ hr | $1,081.00 |
| 9/13/2012 | JDL | Continue review of debtor records and files (2.5) Continue preparation of schedules (1.2) TC from Selective insurance about lawsuit (Duane Hill) with claims still pending (.3) | 4.00 $235.00/ hr | $940.00 |
| 9/17/2012 | JDL | Cf w/ ECB re: schedules. (.2) Review questionnaire prepared by P. Higgins (.4)  Update schedules with vehicles and secured claim information, employee designations (2.0) TC to/from J. Gurney at Village of Carpentersville re: balance due; agreed to be paid when account is closed (.3) Search for UCC description on North Shore lien (.3) Prepare letter to Village re: water bill, no shut off (.4) Cf w/ ECB re: administrative expense vs. gap pmt re: water (.2) TC to J. Gurney re: same (.1) | 3.90 $235.00/ hr | $916.50 |
| 9/18/2012 | JAB | Review materials regarding secured lender (.4), prepare letter to Salzman re agreement to conduct auction, avoid lien on vehicles, share expenses (.6).  Review with trustee, revise same (.2) | 1.20 $450.00/ hr | $540.00 |
| 9/18/2012 | JDL | Cf w/ ECB re: information discovered in review of records, how same relates to schedules, pleadings. | 2.20 $235.00/ hr | $517.00 |
| 9/19/2012 | JAB | Prepare letter to landlord regarding agreement for administrative rent.  Review with trustee, forward to landlord.  TC with landlord re same. | 1.20 $450.00/ hr | $540.00 |
| 9/19/2012 | JDL | Reconcile list of vehicles on site with vehicles listed on insurance coverage. (1.0) Cf w/ JAB re: phone numbers in use and open accounts (.3) | 1.30 $235.00/ hr | $305.50 |

**Baldi Berg & Wallace, Ltd**                                              3/05/2013

A.W.P.E, LLC - General Administration                          Page    4

---

| Date | | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 9/20/2012 | JAB | TC to Salzman re return of agreement with bank on auction. (.2) TC with Millar re questions on rent agreement, clean up costs.  Confer with Trustee re same. (.3) | 0.50 $450.00/ hr | $225.00 |
| 9/21/2012 | JAB | TC to Millar, Cornerstone re rent agreement, clean up costs. | 0.50 $450.00/ hr | $225.00 |
| 9/24/2012 | JDL | Revise schedules to include information and corrections from Trustee. (1.8) Cf w/ ECB re: preparing motion to approve sale and allow payment of expenses (.3) Prepare list of questions for meeting with P. Higgins tomorrow (.7) | 2.80 $235.00/ hr | $658.00 |
| 9/25/2012 | JDL | Meet with P. Higgins re: completion of schedules, information on assets. | 3.50 $235.00/ hr | $822.50 |
| 9/26/2012 | JDL | Revise schedules to include information provided from Debtor's principal (P. Higgins). | 1.40 $235.00/ hr | $329.00 |
| 10/01/2012 | JDL | Revise schedules with P. Higgins corrections. | 1.40 $235.00/ hr | $329.00 |
| 10/03/2012 | ECB | Review Spring Hill Center declaration of covenants regarding assessments to property owners (.4) Review Debtor's lease and analyze ability of Owners' Association to claim assessments against tenant (.3) Email to C. Swanson re same | 0.80 $300.00/ hr | $240.00 |
| 10/09/2012 | JDL | Meet with ECB to open and review Quickbooks files from debtor (.8) Review information still needed from debtor (.5) | 1.30 $235.00/ hr | $305.50 |
| 10/10/2012 | JDL | Prepare draft schedules and declaration for signature. | 0.40 $235.00/ hr | $94.00 |
| 10/15/2012 | JDL | Cf w/ ECB re: P. Higgins comments/corrections to schedules (.9)  Make additions and corrections to schedules. (3.5)  Email to P. Higgins w/ revised schedules (.1) | 4.50 $235.00/ hr | $1,057.50 |

**Baldi Berg & Wallace, Ltd**                                               3/05/2013

A.W.P.E, LLC - General Administration                          Page    5

---

| Date | Init. | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 10/16/2012 | ECB | Review lien waivers and tax notices retrieved from Debtor's office or forwarded in mail | 0.80 $300.00/ hr | $240.00 |
| 10/18/2012 | JDL | Finalize schedules (.3) Email to Pat re: review of final draft and Declaration (.1) Prepare same for filing (.6) Prepare Certificate of Service of 341 notice to creditors added after creditor matrix upload (.3) | 1.30 $235.00/ hr | $305.50 |
| 10/22/2012 | JDL | Compile payments to creditors to evaluate preference claims. | 0.80 $235.00/ hr | $188.00 |
| 11/07/2012 | JDL | Mail 341 and bar date notices to add'l creditors (.2) | 0.20 $235.00/ hr | $47.00 |
| 11/26/2012 | ECB | Review and respond to Pat Higgins email re tax issues (.2) Email to accountant L. West re same (.1) | 0.30 $300.00/ hr | $90.00 |
| 12/03/2012 | JDL | Investigate explanation of benefits forwarded for Advanced Weatherseal from Cigna re: Kenneth Ewalt (.3) TC to P. Higgins re: he was not an employee in the last 11 years (.1) TC to Cindy Ewalt, Kenneth's wife re: no relation to Advanced Weatherseal, Post Office made error in forwarding (.2) Letter confirming same and including EOB (.2) | 0.80 $235.00/ hr | $188.00 |
| 2/05/2013 | JDL | TC to ComEd to determine status of refund of deposit. | 0.20 $250.00/ hr | $50.00 |
| 2/23/2013 | RKP | Begin draft BBW fee application | 1.60 $195.00/ hr | $312.00 |
| 2/25/2013 | RKP | Edits to BBW fee application (1.0); edit time detail and prepare statement of services as exhibit to fee application (1.3). | 2.30 $195.00/ hr | $448.50 |

Total Fees      $14,349.00

# Baldi Berg & Wallace, Ltd

3/05/2013

A.W.P.E, LLC - General Administration

Page    6

| | |
|---|---|
| Total New Charges | $14,349.00 |
| Previous Balance | $0.00 |
| Balance Due | $14,349.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 1.90 | $300.00 |
| Joseph A Baldi | 8.40 | $450.00 |
| Julia D Loper | 39.10 | $235.00 |
| Julia D Loper | 0.20 | $250.00 |
| Ricki K Podorovsky | 3.90 | $195.00 |
| | *53.5* | |

**Baldi Berg & Wallace, Ltd**                                     3/05/2013

A.W.P.E, LLC - Retention of Professionals                         Page    7

---

**In Reference to:**   *A.W.P.E, LLC - Retention of Professionals*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 8/30/2012 | RKP | Review case information in preparation of motions to employ (.3); draft motion to employ BBW (1.0); draft motion to employ Popowcer (1.0). | 2.30<br>$195.00/ hr | $448.50 |
| 8/31/2012 | RKP | Edits to motion to employ BBW (.2); motion to employ Popower (.1); prepare proposed orders (.2) and service list (.1). | 0.60<br>$195.00/ hr | $117.00 |
| 9/04/2012 | ECB | Review and revise Motion to Hire Counsel (.2) Revise service list for same (.1) | 0.30<br>$300.00/ hr | $90.00 |
| 9/04/2012 | ECB | Review and revise Motion to Hire Accts | 0.10<br>$300.00/ hr | $30.00 |
| 9/10/2012 | RKP | Prepared amended proposed order (.1); efile amended order (.1) | 0.20<br>$195.00/ hr | $39.00 |
| 9/13/2012 | ECB | Attend court and present motions to retain counsel and accountants | 0.20<br>$300.00/ hr | $60.00 |

|  |  |
|--|--|
| Total Fees | $784.50 |
| Total New Charges | $784.50 |
| Previous Balance | $0.00 |
| Balance Due | $784.50 |

### Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Elizabeth C Berg | 0.60 | $300.00 |

**Baldi Berg & Wallace, Ltd**

3/05/2013

A.W.P.E, LLC - Retention of Professionals

Page   8

| | | |
|---|---|---|
| Ricki K Podorovsky | 3.10 | $195.00 |

**Baldi Berg & Wallace, Ltd**                                            3/05/2013

A.W.P.E, LLC - Sale of Assets                                    Page    9

---

**In Reference to:**    *A.W.P.E, LLC - Sale of Assets*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 9/10/2012 | ECB | Review PPL auction proposal for sale at set fee (.1) TC with Jake Josko of PPL to negotiate commissioned auction in lieu of set fee and arrange for supplemental inventory (.1) TC counsel for Bank to confirm agreement on joint sale and scheduled supplemental inventory (.2)  Email bank counsel re same (.1) Review revised auction proposal (.2) and commission agreement (.2) | 0.90<br>$300.00/ hr | $270.00 |
| 9/10/2012 | JAB | Review proposals for auctioneers, forward same to trustee.  TC with auctioneer re status of proposal. | 0.50<br>$450.00/ hr | $225.00 |
| 9/11/2012 | ECB | Review and revise Auctioneer's  Commission Agreement (1.7) Email PPL re same (.1) | 1.80<br>$300.00/ hr | $540.00 |
| 9/11/2012 | JAB | Review lender documents and security interest. Research regarding description of collateral, attachment of lien, avoidance where description defective.  (1.5)  TC with lender's attorney re same and follow up.  (.3) | 1.80<br>$450.00/ hr | $810.00 |
| 9/12/2012 | ECB | Review revisions to Auctioneer commission agreement and finalize same (.4) email PPL re: same (.2) | 0.60<br>$300.00/ hr | $180.00 |
| 9/18/2012 | ECB | Prep exhibit of vehicles for sale motion (.3) Commence draft of motion (.4) | 0.70<br>$300.00/ hr | $210.00 |
| 9/20/2012 | ECB | Review agreements with Bank, Landlord & Auctioneer (.8) Prepare Notice to Creditors of agreement with bank for joint sale and proposed auction (1.4) | 2.20<br>$300.00/ hr | $660.00 |
| 9/21/2012 | ECB | Commence prep of motion to settle, hire auctioneer and conduct sale | 1.20<br>$300.00/ hr | $360.00 |

# Baldi Berg & Wallace, Ltd

3/05/2013

A.W.P.E, LLC - Sale of Assets

Page   10

| Date | Init | Description | Hours / Rate | Amount |
|------|------|-------------|--------------|--------|
| 9/22/2012 | ECB | Complete drafting Motion to Settle with North Shore Bank, Hire Auctioneer and Conduct Auction Sale (2.8) Prepare Rule 2014 affidavit for auctioneer (.2) | 3.00 $300.00/ hr | $900.00 |
| 9/24/2012 | ECB | Compile exhibits (.2) and Finalize Motion to Settle, Hire Auctioneer and Conduct Auction Sale (.5) | 0.70 $300.00/ hr | $210.00 |
| 10/11/2012 | ECB | Court appearance to present motion to settle with bank and obtain authority to conduct auction | 0.20 $300.00/ hr | $60.00 |
| 10/12/2012 | ECB | TC with Jake Josko re approval of auction by BK Court and insurance needs for auction | 0.30 $300.00/ hr | $90.00 |
| 10/16/2012 | JDL | Research re: trailer ownership (R&R containing personal property). | 0.70 $235.00/ hr | $164.50 |
| 10/17/2012 | ECB | Email to John Schram regarding location and possible purchase of die sets (.2) Forward email to bank's counsel re Schram's interest in purchase (.1) | 0.30 $300.00/ hr | $90.00 |
| 10/17/2012 | ECB | TC with M. Salzman, counsel for North Shore Community Bank, re issues arising in connection with sale of certain machinery & equipment and request for original certificates of title on vehicles (.2) Prep written memo to Salzman re same (.2) | 0.40 $300.00/ hr | $120.00 |
| 10/24/2012 | ECB | Correspond with auctioneer and Pat Higgins re logo for auction advertising | 0.20 $300.00/ hr | $60.00 |
| 10/29/2012 | ECB | Review auction brochure (.1) and TC and email to auctioneer with suggested change (.1) Email to P. Higgins re same (.1) | 0.30 $300.00/ hr | $90.00 |
| 10/29/2012 | ECB | TC with John Schram re potential purchase of tooling at Iso Trude | 0.20 $300.00/ hr | $60.00 |

**Baldi Berg & Wallace, Ltd**                                    3/05/2013

A.W.P.E, LLC - Sale of Assets                                    Page    11

| Date | Init. | Description | Hours / Rate | Amount |
|------|-------|-------------|--------------|--------|
| 10/31/2012 | ECB | Email to John Schram of Napoleon Tool re potential sale of tooling on site at IsoTrude (.1) Email to Pat Higgins for confirm on location and value of same (.1) | 0.20 $300.00 / hr | $60.00 |
| 11/05/2012 | ECB | Review emails from Napoleon re potential purchase of AWPE dies on site at Iso-Trude in Michigan; Place call to Craig Janus at Iso-Trude re same | 0.20 $300.00 / hr | $60.00 |
| 11/06/2012 | ECB | TC with B. Kleven, field manager for auction re status of same (.2) Emails to J. Josko, P. Higgins and R. Fischer re specific items of equipment  and draft instruction to exclude same from public auction (.5) Email P. Higgins to followup on Bally (.1) | 0.70 $300.00 / hr | $210.00 |
| 11/06/2012 | JDL | Prepare Motion to allow administrative expenses and pay auctioneer. | 0.80 $235.00 / hr | $188.00 |
| 11/07/2012 | JDL | Continue preparation of Motion to pay administrative expenses. (2.6) | 2.60 $235.00 / hr | $611.00 |
| 11/09/2012 | ECB | Review Iso-Trude supplier agreement regarding Napoleon Lynx interest in purchasing tooling located on site at Iso-Trude | 0.80 $300.00 / hr | $240.00 |
| 11/12/2012 | JDL | Further changes to Motion to pay admin. expenses and auctioneer. (1.10) Review utilities re: phone number under Meadows Doors, Inc. (.1) | 1.20 $235.00 / hr | $282.00 |
| 11/14/2012 | ECB | Revise draft of motion pay administrative expenses and distribute auction proceeds | 1.20 $300.00 / hr | $360.00 |
| 11/30/2012 | ECB | Email to auctioneer re status of loadout and numbers for auction (.1) Place call to Cornerstone Bank re status of occupancy at site (.1) | 0.20 $300.00 / hr | $60.00 |

## Baldi Berg & Wallace, Ltd

3/05/2013

A.W.P.E, LLC - Sale of Assets

Page 12

| | | | | |
|---|---|---|---|---|
| 11/30/2012 | ECB | Post-Auction followup - TC with landlord B. Millar re transfer of utilities (.2) | 0.20 $300.00/ hr | $60.00 |
| 12/01/2012 | ECB | Review status of ComEd, Nicor, SMG, Water and Insurance accounts and deposits (.8) Prepare chart of administrative expenses for motion to allow same (.3) | 1.10 $300.00/ hr | $330.00 |
| 12/03/2012 | ECB | Prep detailed correspondence to Cornerstone Bank regarding proposal for transfer of utilities and final cleanup of building post- auction (.9) TC to Nicor to obtain details regarding requirements for transfer of utilities (.3) | 1.20 $300.00/ hr | $360.00 |
| 12/03/2012 | ECB | TC (.1) and email (.1) to SMG Security Systems to cancel service at 830 Commerce and obtain final billing amounts | 0.20 $300.00/ hr | $60.00 |
| 12/03/2012 | ECB | Email to Auctioneer re status of sales report | 0.20 $300.00/ hr | $60.00 |
| 12/03/2012 | ECB | Prepare cancellation to insurance agency post-auction (.7) Email transmittal of same (.2) | 0.90 $300.00/ hr | $270.00 |
| 12/03/2012 | ECB | Notice to Landlord re completion of auction and vacation of premises | 0.20 $300.00/ hr | $60.00 |
| 12/06/2012 | ECB | Review auctioneer's settlement statement (.2) Email PPL Group re same (.1) | 0.30 $300.00/ hr | $90.00 |
| 12/06/2012 | ECB | Review and respond to Cornerstone Bank email regarding status of post-auction cleanup and trash | 0.20 $300.00/ hr | $60.00 |
| 12/06/2012 | JDL | TCs to utilities (ComEd, Nicor, Carpentersville - water) re: transfer of accounts and final bills. (.5) Email to ECB re same (.1) | 0.60 $235.00/ hr | $141.00 |
| 12/08/2012 | ECB | Continue drafting and revising motion to pay auctioneer, auction-related expenses and North Shore Bank (1.8) | 2.80 $300.00/ hr | $840.00 |

# Baldi Berg & Wallace, Ltd

3/05/2013

A.W.P.E, LLC - Sale of Assets

Page    13

| | | | | |
|---|---|---|---|---|
| | | Draft spreadsheet re allocation of expenses and distribution of proceeds (.5) Prepare Rule 2002 notice to creditors of same (.5) | | |
| 12/10/2012 | ECB | Review and execute Acceptance Letter for PPL auction report (.1) Correspondence to Gwen Hayden to transmit same and request delivery of auction proceeds to Trustee (.2) | 0.30 $300.00/ hr | $90.00 |
| 12/10/2012 | ECB | Email to Jake Josko re Rule 2016 affidavit | 0.10 $300.00/ hr | $30.00 |
| 12/10/2012 | ECB | Review email from M. Salzman re amount of North Shore Community Claim (.2) Finalize spreadsheet re allocation of expenses and distribution of proceeds as between estate and bank in connection with calculation of amount of bank's secured claim (.9) Email to M. Salzman re calculation of claim (.2) | 1.30 $300.00/ hr | $390.00 |
| 12/10/2012 | ECB | Review and finalize rule 2002 notice; Prep service of same on all creditors | 0.40 $300.00/ hr | $120.00 |
| 12/10/2012 | ECB | Revise and finalize motion to pay auctioneer, auction expense and North Shore Bank | 2.00 $300.00/ hr | $600.00 |
| 12/10/2012 | JDL | TCs to ComEd, Nicor Gas and City of Carpentersville for final balances on utilities to pay administrative expenses (.6) Prepare notes re: same for ECB (.2) Prepare letter to Nicor re: deposit (.1) Prepare service list for notice of hearing on motion to pay auctioneer and related expenses (.6) | 1.50 $235.00/ hr | $352.50 |
| 12/12/2012 | ECB | Review revised claims of North Shore Community Bank (.2) Analyze receipts from Assignee and utility credits received by Trustee and compare against potential 506(c) surcharge of trustee compensation (.6) Review case law on 506 (c) (1.0) TC with George Spathis re proposal to split TR commission between Estate and No. Shore (.2) Prep spreadsheet and written offer re same (.5) | 2.50 $300.00/ hr | $750.00 |

# Baldi Berg & Wallace, Ltd

3/05/2013

A.W.P.E, LLC - Sale of Assets

Page   14

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/12/2012 | JDL | Cf w/ ECB re: final bills for utilities. | 0.20 $235.00/ hr | $47.00 |
| 12/13/2012 | ECB | Confer with counsel re status of final bill for Com Ed (.1) Place call to legal department re allowance of administrative claim (.1) | 0.20 $300.00/ hr | $60.00 |
| 12/13/2012 | JDL | TC to ComEd to again request final bill. (.2) Create login to view statements and bills (.2) Cf w/ ECB re: same (.1) | 0.50 $235.00/ hr | $117.50 |
| 12/14/2012 | ECB | TC to corporate counsel at Excelon re allowance of administrative claim for post- petition service through auction date | 0.20 $300.00/ hr | $60.00 |
| 12/18/2012 | RKP | Review auctioneers report and expense detail (.2); review terms of retention and settlement with secured creditor (.2); review case file for additional information needed to prepare report of sale (.4); draft report of sale (1.5); review and edit same (.4). | 2.70 $195.00/ hr | $526.50 |
| 12/19/2012 | ECB | Review motion to sell and pay administrative expenses and prep for court (.4)  Calculate final utility bills and revise order for allowance of administrative expense claims (.5) | 0.90 $300.00/ hr | $270.00 |
| 12/19/2012 | ECB | Review revised numbers on North Shore Bank and calculate amount of unsecured claims (.2) Revise order allowing same (.1) Email G. Spathis re same (.1) | 0.40 $300.00/ hr | $120.00 |
| 12/19/2012 | ECB | Revise Report of Sale (.3) | 0.30 $300.00/ hr | $90.00 |
| 12/20/2012 | ECB | Court appearance on Motion to Allow and Pay administrative expenses relating to auction sale | 0.20 $300.00/ hr | $60.00 |

# Baldi Berg & Wallace, Ltd

3/05/2013

A.W.P.E, LLC - Sale of Assets

Page    15

| | | | | |
|---|---|---|---|---|
| 12/27/2012 | JMM | Review Holland Invoice (.1), TC to Holland re: Invoice (.2), TC to American Customer Extrusion (.2), Drafted and sent email to Brandon @ American Custom Extrusion re: Invoice (.2) TC to Tanya @ PPL Group (.1) | 0.80<br>$125.00/ hr | $100.00 |
| 12/28/2012 | JMM | TC to Brandon @ ACE Extrusion re: Invoice | 0.20<br>$125.00/ hr | $25.00 |

Total Fees    $13,310.00

## Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 9/11/2012 | Copy of Key to Building per 9.5.12 receipt | 1.00 @<br>/each | $2.48 |
| 9/20/2012 | Made 2 copies of key to warehouse for Auctioneers | 1.00 @<br>/each | $4.36 |
| 9/20/2012 | Sent 2 Copies of Warehouse Key to PPL Group by Overnight FedEx | 1.00 @<br>/each | $18.40 |
| 9/20/2012 | 119 Copies of Rule 2002 Notice sent to Creditors (.1 x 119 =) | 1.00 @<br>/each | $11.90 |
| 9/20/2012 | Rule 2002 Notice - Sent to 119 Creditors (119 x .45 =) | 1.00 @<br>/each | $53.55 |
| 9/21/2012 | ECB drive from Glen Ellyn to Carpentersville re: Meeting w/ Auctioneer, Jake Josko (66 miles x $.555) | 1.00 @<br>/each | $36.63 |
| 10/11/2012 | ECB Travel from Glen Ellyn to Carpentersville re: Meeting with Pat Higgins (66 miles x $.555) | 1.00 @<br>/each | $0.00 |
| 10/11/2012 | Reimburse P. Higgins for Shipping charges for delivery of Company Quickbooks to Trustee | 1.00 @<br>/each | $11.85 |
| 10/24/2012 | Sent Vehicle Titles to Jake Josko at PPL Group via FedEx 2day | 1.00 @<br>/each | $13.73 |

# Baldi Berg & Wallace, Ltd

3/05/2013

A.W.P.E, LLC - Sale of Assets

Page   16

| Date | Description | Qty | Amount |
|---|---|---|---|
| 10/29/2012 | Sent Vehicle Keys via Overnight FedEx to Bruce, On-site Auctioneer Manager | 1.00 @ /each | $55.44 |
| 11/26/2012 | Miscellaneous Expense -- Repair & Maintenance Visit to address gas leak in Company's rooftop HVAC unit. Agreed to split cost with building mortgagee, Cornerstone Bank, | 1.00 @ /each | $422.30 |
| 12/10/2012 | Motion to Pay Auctioneer & Utilities - 11 recipients x 23 pgs x $.10/pg = | 1.00 @ /each | $25.30 |
| 12/10/2012 | Motion to Pay - Rule 2002 Notice - 107 recipients x $.10/pg = | 1.00 @ /each | $10.70 |
| 12/10/2012 | Motion to Pay Auctioneer & Utilities - 11 recipients x $1.50 = | 1.00 @ /each | $16.50 |
| 12/10/2012 | Motion to Pay - Rule 2002 Notice - 107 recipients x $.45 = | 1.00 @ /each | $48.15 |

|  |  |
|---|---|
| Total Expenses | $731.29 |
| Total New Charges | $14,041.29 |
| Previous Balance | $0.00 |
| Balance Due | $14,041.29 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 32.40 | $300.00 |
| Joseph A Baldi | 2.30 | $450.00 |
| Julia D Loper | 8.10 | $235.00 |
| Jason M Manola | 1.00 | $125.00 |
| Ricki K Podorovsky | 2.70 | $195.00 |

46.5

**Baldi Berg & Wallace**                                         **A.W.P.E., LLC, Debtor**
**Final Fee Application**                                         **Case No. 12-24742**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

A.W.P.E., LLC.,

Debtor.

)
)
)
)
)
)

Case No. 12-24742

Honorable Carol A. Doyle
(Kane County)

**Rule 2016 Affidavit**

State of Illinois       )
County of Cook       )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.      I am a shareholder of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

2.      I have read the Application for Allowance and Payment of Final Compensation and Expense Reimbursement of Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  Baldi Berg & Wallace, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.      Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered or expense reimbursement in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd.   Baldi Berg & Wallace, Ltd. has agreed to voluntarily reduce its request for compensation on account of its services rendered.

5.      Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
on March 5, 2013

_____
Notary Public

**Exhibit D**

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015