UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
A.W.P.E., LLC                       §   Case No. 12-24742
                                    §
          Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Mr. Kenneth S. Gardner
    Clerk of the U.S. Bankruptcy Court
    19 S. Dearborn Street
    7th Floor
    Chicago   IL   60603

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. The Report and Account of Pre-Petition Assignee has been filed separately.  Trustee has reviewed the Assignee's Report, determined that the record and disbursements are appropriate, and will request the Court to approve same.  A hearing on the fee applications, the Assignee's Report, and any objection to the Final Report will be held at :
    11:15 a.m., on April 18, 2013
     in Courtroom 240 of the Kane County Courthouse
    100 South 3rd Street, Geneva, Illinois

  If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____


*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| A.W.P.E., LLC | § | Case No. 12-24742 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 161,044.50 |
| and approved disbursements of | $ | 128,220.17 |
| leaving a balance on hand of[1] | $ | 32,824.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | North Shore Community Bank & Trust | $ 1,056,887.42 | $ 77,852.49 | $ 77,852.49 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 32,824.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 11,000.00 | $ 0.00 | $ 11,000.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ 731.29 | $ 0.00 | $ 731.29 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| Auctioneer Fees: PPL Group LLC | $ 20,000.00 | $ 20,000.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Grange Mutual Casualty Company | $ 3,082.00 | $ 3,082.00 | $ 0.00 |
| Other: SMG Security Systems, Inc. | $ 175.00 | $ 175.00 | $ 0.00 |
| Other: Village of Carpentersville | $ 83.50 | $ 83.50 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 27.18 | $ 27.18 | $ 0.00 |
| Other: Brad Millar | $ 27,000.00 | $ 27,000.00 | $ 0.00 |
| Other: Baldi Berg & Wallace, LLC | $ 14,500.00 | $ 0.00 | $ 14,500.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 30,231.29 |
| Remaining Balance | $ 2,593.04 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 96,541.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Illinois Dept. of Employment Security | $ 14,673.01 | $ 0.00 | $ 0.00 |
| 000008A | Illinois Dept of Revenue | $ 10,819.76 | $ 0.00 | $ 0.00 |
| 000009A | Indiana Department of Revenue | $ 17,950.52 | $ 0.00 | $ 0.00 |
| 000010A | Illinois Dept. of Employment Security | $ 14,673.01 | $ 0.00 | $ 0.00 |
| 000017A | Chicago Regional Council of Carpenters | $ 38,425.57 | $ 0.00 | $ 2,593.04 |

|  |  |
|---|---|
| Total to be paid to priority creditors | $ 2,593.04 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 120,360.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Con-Way Freight | $ 1,226.33 | $ 0.00 | $ 0.00 |
| 000002 | Robbins,Salomon & Patt, LTD | $ 1,000.00 | $ 0.00 | $ 0.00 |
| 000003 | Kutchins Robbins & Diamond, Ltd. | $ 2,544.26 | $ 0.00 | $ 0.00 |
| 000004 | Republic Services of Elgin | $ 499.21 | $ 0.00 | $ 0.00 |
| 000005 | SMG Security Systems, Inc. | $ 604.00 | $ 0.00 | $ 0.00 |
| 000007 | Accident Fund Insurance | $ 16,395.00 | $ 0.00 | $ 0.00 |
| 000011 | W W Grainger Inc | $ 2,823.97 | $ 0.00 | $ 0.00 |
| 000012 | CHI Overhead Doors | $ 19,291.88 | $ 0.00 | $ 0.00 |
| 000013 | Berkley Net | $ 9,520.00 | $ 0.00 | $ 0.00 |
| 000014 | Napoleon/Lynx | $ 11,328.61 | $ 0.00 | $ 0.00 |
| 000015 | Will County Carpenters Local 174 | $ 54,090.02 | $ 0.00 | $ 0.00 |
| 000016 | City of Chicago | $ 1,037.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $      0.00

Remaining Balance     $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/_____
                Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-24742-CAD
A.W.P.E., LLC                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon          Page 1 of 4          Date Rcvd: Mar 20, 2013
                              Form ID: pdf006        Total Noticed: 133

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2013.
```
db         +A.W.P.E., LLC,    830 Commerce Parkway,    Carpentersville, IL 60110-1721
19390531  #+A.S.A.P. Garage Door Repair, Inc.,    11414-A Smith Rd.,    Huntley, IL 60142-9635
19390538   +AT & T c/o Accord Credit Services,    PO Box 10003,    Newnan, GA 30271-0003
19390532   +Accident Fund Insurance,   Company of America,    200 N Grand Ave,    Lansing, MI 48933-1228
19390533    Albany Door Systems,    PO Box 824627,    Philadelphia, PA 19182-4627
19390534   +Albert J Majer,   635 Chelsford Lane,    Elk Grove Village, IL 60007-3554
19390535   +Allied Waste Services #933,    2101 S. Busse Road,    Mt. Prospect, IL 60056-5561
19390536   +American Door and Dock,    2125 Hammond Drive,    Schaumburg, IL 60173-3838
19390537   +Apex Overhead Door Company, Inc.,    725 County Line Road,    Huntingdon Valley, PA 19006-1103
19726915   +Berkley Net,    C/O Lamont Hanley & Associates,    1138 Elm St,    Manchester, NH 03101-1531
19587547   +Berkley Net,    12701 Marblestone Dr Suite 250,    Woodbridge, VA 22192-8326
19587548    Blue Grace Logistics,    PO Box 864477,    Orlando, FL 32886-4477
19390540   +Brad Millar,    214 Cary Drive,    Roselle, IL 60172-4910
19587972   +Bradley D Miller,    830 Commerce Parkway,    Carpentersville, IL 60110-1721
19390542   +CHI Overhead Doors,    PO Box 260,    Aurthur, IL 61911-0260
19390541   +Chamberlain Group, Inc.,    PO Box 99152,    Chicago, IL 60693-9152
19390543   +Chicago Carpenters Trust Funds,    P.O. Box 94432,    Chicago, IL 60690-4432
19853990   +Chicago Regional Council of Carpenters,    c/o Bruce C. Scalambrino,    Scalambrino & Arnoff, LLP,
             One North LaSalle Street, Suite 1600,    Chicago, Illinois 60602-3935
19390544   +Chona Chanthasene,    306 Weymouth Avenue,    Elgin, IL 60124-4342
19390545   +Christopher Foy,    3919 N. Plainfield,    Chicago, IL 60634-1947
19390546   +Cintas Fire Protection,    1080 Corporate Blvd.,    Aurora, IL 60502-9178
19821268    City of Chicago,    Department of Finance-Bankruptcy Unit,    121 N. Lasalle Street-Room 107A,
             Chicago, Illinois 60602-1288
19390547   +City of Chicago Dept. of Revenue,    121 N. LaSalle St., Room 107,    Chicago, IL 60602-1232
19390548    Comcast Cable,    PO Box 3001,    Southeastern, PA 19398-3001
19089401   +Con-Way Freight,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
             Timonium, Maryland 21094-5126
19390550   +Con-way Freight Inc.,    PO Box 5126,    Timonium, MD 21094-5126
19390551   +Custom Compaines, Inc. c/o American Cred,    P.O. Box 72849,    Roselle, IL 60172-0849
19390554   +D & P Construction Co., Inc.,    8605 W. Bryn Mawr Ave., Ste. 301,    Chicago, IL 60631-3678
19390555    Deluxe for Business,    P.O. Box 742572,    Cincinnati, OH 45274-2572
19390556   +Denise A. Hober,    632 Maple Street,    Marengo, IL 60152-3452
19390557   +Director of Emplyment Security,    33 South State Street,    Chicago, IL 60603-2808
19390559   +Dohrn Transfer Company,    625 3rd Ave.,    Rock Island, IL 61201-8351
19390561   +Express Fasteners & Distribution, Ltd.,    65 N. Brandon,    Glendale Heights, IL 60139-2024
19390562    Express Slats Mfg., Inc.,    17016 Canal Street,    South Holland, IL 60473-4700
19587961   +FIS Merchant Services - WI,    Complete Payment Recovery,    3500 5th,    Northport, AL 35476-4723
19390563    First Insurance Funding Corp.,    P.O. Box 66468,    Chicago, IL 60666-0468
19390564   +Franco & Moroney, LLC,    Citigroup Center, Ste 2440,    500 West Madison Street,
             Chicago, IL 60661-2573
19390565   +Garage Door Supplies,    7211 S. Lockwood Ave.,    Bedford Park, IL 60638-6521
19390567   +Glen Kruger,    3706 Pheasant Drive,    Rolling Meadows, IL 60008-2635
19390568   +Global Logistic Services,    117 East Palatine, Suite 205,    Palatine, IL 60067-5130
19390569   +Goldleaf Surety Services, LLC,    3246 E. Hwy. 7, Ste. 150,    Montevideo, MN 56265-1744
19390571    Healthcare Service Corporation,    PO Box 1186,    Chicago, IL 60690-1186
19391637   +Heller Lumber Company, Inc.,    24 N Hickory Avenue,    Arlington Heights, IL 60004-6292
19391638   +Heller Lumber Company, Inc.,    %Richard T Avis,    3715 Ventura Drive,
             Arlington Heights, IL 60004-7678
19390572   +Hipollito Escareno,    136 Ensenada Drive,    Carpentersville, IL 60110-1158
19390573   +IL Dept of Employment Security,    33 S. State St., 10th Floor,    Chicago, IL 60603-2803
19390580  ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Dept. of Revenue,    100 W Randolph,
             Level 7400 Bankruptcy Unit,    Chicago, IL 60601)
19390584   +IRS-CSC,    PO Box 145566, Stop 813G,    Cincinnati, OH 45250-5566
19390585  #+ISO-TRUDE, INC.,    1705 EATON DR.,    GRAND HAVEN, MI 49417-2824
19390574    Illinois Department of Revenue,    P.O. Box 19447,    Springfield, IL 62794-9447
19390575    Illinois Department of Revenue-Sales Tax,    Retailers' Occupation Tax,
             Springfield, IL 62796-0001
19548134   +Illinois Dept of Revenue,    Bankruptcy Section,    P O Box 64338,    Chicago, IL 60664-0338
19390577   +Illinois Dept. of Employment Security,    Bankruptcy Unit - 10th Floor,    33 S. State Street,
             Chicago, IL 60603-2808
19390576   +Illinois Dept. of Employment Security,    527 S. Wells,    Chicago, IL 60607-3960
19390578    Illinois Dept. of Revenue,    Springfield, IL 62746
19587964   +Illinois State Toll Hwy Authority,    PO Box 5201,    Lisle, IL 60532-5201
19390581   +Integrated Plastics,    PO Box 954,    Hampshire, IL 60140-0954
19390586   +J.A. Frate, Inc.,    P.O. Box 578,    7900 Pyott Road,    Crystal Lake, IL 60014-8715
19587966   +John Millar,    515 N Prospect Manor Ave,    Mount Prospect, IL 60056-2047
19390587   +Jonathon L Osborne,    7949 24th Avenue,    Kenosha, WI 53143-5732
19390588   +Jose A Escareno,    136 Ensenada Drive,    Carpentersville, IL 60110-1158
19390589    Kane County Treasurer,    PO Box 4025,    Geneva, IL 60134-4025
19390590   +Kent A. Brezinski,    321 Dancing Water Court,    Chicago, IL 60188-1326
19390591   +Kevin Pryor,    706 Edgewater Drive,    Minooka, IL 60447-8928
19390592   +Kutchins Robbins & Diamond, Ltd.,    1101 Perimeter Dr. #760,    Schaumburg, IL 60173-5025
```

```
District/off: 0752-1          User: kseldon              Page 2 of 4                   Date Rcvd: Mar 20, 2013
                              Form ID: pdf006            Total Noticed: 133


19587546     +Lamont Hanley & Assoc Inc,    PO Box 179,    Manchester, NH 03105-0179
19390593    #+Lift Works, Inc.,    1130 Carolina, Unit F,    West Chicago, IL 60185-5163
19390594  ++++MARK T HOWLAND JR,    720 N BRADLEY RD,    LAKE FOREST IL 60045-1022
             (address filed with court: Mark T Howland JR,      27040 Bradley Road,    Lake Forest, IL 60045)
19587968     +MMTC Inc,    230 Route 206 Suite 206,    Flanders, NJ 07836-9190
19587967     +Manny’s Material Handling Service,    522 Apache Ave,    Carpentersville, IL 60110-1310
19390595     +Master Landscaping & Garage Doors Inc.,    960 Osage Ct.,    Carpentersville, IL 60110-1214
19390596     +Max L. Tucker Jr.,    22410 S. Carrie Avenue,    Channohan, IL 60410-3083
19390597     +Michael A. Regan,    10326 S. Walden Pkwy.,    Chicago, IL 60643-2646
19390598     +Miller Edge, Inc.,    300 N. Jennersville Rd.,    PO Box 159,    West Grove, PA 19390-0159
19390599      Napoleon/Lynx,    PO Box 95266,    Chicago, IL 60694-5266
19811879     +Napoleon/Lynx,    PO Box 160,    111 Weires Dr,    Archbold, OH 43502-9153
19587542     +North Shore Community B&T,    Loan Department,    1145 Wilmette Avenue,    Wilmette, IL 60091-2603
19390601     +North Shore Community Bank,    4343 W. Peterson Ave.,    Chicago, IL 60646-5927
19390602     +Overhead Door Supply,    128 E. Main Street,    Round Lake Park, IL 60073-3641
19390603     +Patrick Higgins,    406 N. Stratford Rd.,    Arlington Heights, IL 60004-6407
19390604     +Paul Reilly Company,    1967 Quincy Court,    Glendale Heights, IL 60139-2045
19390607     +Pro Star Logistics,    1545 South 4800 West,    Salt Lake City, UT 84104-5340
19390608     +Pro-Line Door Systems,    716 N Edgewood Ave,    Wood Dale, IL 60191-1259
19390611     +RJW Transport,    PO Box 1309,    Bolingbrook, IL 60440-0709
19390609     +Randy Yeater,    407 N. Washington Street,    Westmont, IL 60559-1474
19390610     +Rasco Industries,    50 Medina Street South,    Loretto, MN 55357-9548
19531063     +Republic Services of Elgin,    2101 S Busse Rd,    Mt Prospect, IL 60056-5561
19587963     +Richard T Avis,    Richard T Avis Attorney & Assoc,    3715 Ventura Drive,
               Arlington Heights, IL 60004-7678
19390612     +Robbins,Salomon & Patt, LTD,    C/O Richard H Fimoff,    180 N. LaSlle Str., Ste 3300,
               Chicago, IL 60601-2808
19390613     +Russ Wolter, Mr.,    36830 87th St.,    Burlington, WI 53105-7404
19390617     +SMG Security Systems, Inc.,    120 King St.,    Elk Grove Village, IL 60007-1111
19587962     +Sage Capital Recovery,    1040 Kings Highway N,    Cherry Hill, NJ 08034-1908
19390614     +Sears & Anderson Fire Safety & Srv LLC,    245 Eric Dr.,    Palatine, IL 60067-2508
19390616     +Selective Insurance Co.,    PO Box 763,    Attn: Suzanne Wallace,    Branchville, NJ 07826-0763
19390615     +Selective Insurance Co.,    11 E. Adams St., Ste. 800,    Chicago, IL 60603-6324
19390618     +Spring Hill Center Owner’s Association,    852 Commerce Parkway,    Carpentersville, IL 60110-1721
19390619     +Sprint-706101519,    10002 Park Meadows Drive, 3rd Floor,    Bankruptcy/LSA,
               Lone Tree, CO 80124-5453
19390621      Srping Hill Center Owner’s Association,    c/o CJS Commercial Property Associates,
               I 852 Commerce Parkway,    Carpentersville, IL 60110
19390624     +TelAssist,    6417 W. 87th St #3,    Oak Lawn, IL 60453-1073
19390626     +The Plexus Groupe LLC,    21805 Field Pkwy., Ste. 300,    Deer Park, IL 60010-3231
19390627     +Thomas M Morrissey,    11720 S. Sacramento,    Marrionette Park, IL 60803-5888
19390628     +Thomas Panik,    3615 N. Plainfield Ave.,    Chicago, IL 60634-1918
19390629     +Tim Holleran,    408 Oriole,    Mt. Prospect, IL 60056-1118
19390630     +Tom Franson,    419 N. Prospect Manor,    Mt. Prospect, IL 60056-2045
19390633      Travelers,    CL & Specialty Remittance Center,    Hartford, CT 06183-1008
19390636      UPS Freight,    28013 Network Place,    Chicago, IL 60673-1280
19390635      United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0577
19587969     +VeriCore,    10115 Kincey Avenue Suite 100,    Huntersville, NC 28078-6482
19390639     +Village of Carpentersville,    1200 Besinger Drive,    Carpentersville, IL 60110-2000
19390640     +Warehouse Direct Office Products,    2001 S. Mount Prospect Road,    Des Plaines, IL 60018-1808
19390641     +Wayne Martinsk,    1210 Kingsley Drive,    Arlington Heights, IL 60004-7944
19390642     +Weber Marking Systems, Inc.,    711 W. Algonquin Rd.,    Arlington Heights, IL 60005-4457
19390643     +West Texas Doors,    103 Flecha Ln,    Laredo, TX 78045-7028
19587971     +Will County Carpenters Local 174,    Health & Welfare Funds,    C/O Arnold and kadjan,
               203 N Lasalle St Suite 1650,    Chicago, IL 60601-1257
19390644      Wisconsin Department of Revenue,    PO Box 8901,    Madison, WI 53708-8901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19587545      E-mail/Text: cassandc@accidentfund.com Mar 21 2013 08:33:22      Accident Fund,    PO Box 40790,
               Lansing, MI 48901-7990
19587549     +E-mail/Text: dmcanally@wmklaborlaw.com Mar 21 2013 08:32:46      Chicago Reg Council of Carpenters,
               12 E Erie St,    Chicago, IL 60611-2767
19390549      E-mail/Text: legalcollections@comed.com Mar 21 2013 08:32:22      ComEd,    PO Box 6111,
               Carol Stream, IL 60197-6111
19390558      E-mail/Text: UIInsolvCollections@dwd.wisconsin.gov Mar 21 2013 08:33:24
               Division of Unemployment Insurance,     P.O. Box 78960,    Milwaukee, WI 53278-0960
19390566      E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2013 08:22:56      GE Capital,    P.O. Box 740441,
               Atlanta, GA 30374-0441
19390570      E-mail/Text: scd_bankruptcynotices@grainger.com Mar 21 2013 08:33:25       Grainger,
               7300 W. Melvina Ave.,    Niles, IL 60714
19390583      E-mail/Text: cio.bncmail@irs.gov Mar 21 2013 08:31:21      Internal Revenue Service,
               Kansas City, MO 64999
19587544      E-mail/Text: cio.bncmail@irs.gov Mar 21 2013 08:31:21      Internal Revenue Service,
               Mail Stop 5010 CHI,    230 S Dearborn,    Chicago, IL 60604
19390582      E-mail/Text: cio.bncmail@irs.gov Mar 21 2013 08:31:21      Internal Revenue Service,
               P.O. Box 804522,    Cincinnati, OH 45280-4522
19587543      E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Mar 21 2013 08:23:06
               Indiana Department of Revenue,    Customer Contact,    PO Box 1028,    Indianapolis, IN 46206-1028
```

```
District/off: 0752-1           User: kseldon               Page 3 of 4                  Date Rcvd: Mar 20, 2013
                               Form ID: pdf006             Total Noticed: 133
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
19647364       +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Mar 21 2013 08:23:06
                 Indiana Department of Revenue,    Bankruptcy Section room N240,
                 100 North Senate Avenue, MS, 108,    Indianapolis, IN 46204-2253
19587970       +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 21 2013 08:33:45      NCO Financial Systems,
                 507 Prudential Road,    Horsham, PA 19044-2368
19587965       +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 21 2013 08:33:45      NCO Financial Systems Inc,
                 600 Holiday Plaza Dr Ste 300,    Matteson, IL 60443-2238
19390600        E-mail/Text: bankrup@aglresources.com Mar 21 2013 08:31:44      Nicor Gas,    PO Box 416,
                 Aurora, IL 60568-0001
19390605        E-mail/Text: jvolpe@paychex.com Mar 21 2013 08:32:47      Paychex, Inc.,    PO Box 4482,
                 Carol Stream, IL 60197-4482
19390606        E-mail/Text: drossner@pompstire.com Mar 21 2013 08:32:47       Pomp's Tire Service Inc.,
                 P.O. Box 1630,    Green Bay, WI 54305-1630
19390620        E-mail/Text: bklaw2@centurylink.com Mar 21 2013 08:33:38       Sprint-922071772,   PO Box 219100,
                 Kansas City, MO 64121-9100
19688661       +E-mail/Text: scd_bankruptcynotices@grainger.com Mar 21 2013 08:33:25       W W Grainger Inc,
                 Attn Special Collections Dept,    MES17861247849,    7300 N Melvina,    Niles, IL 60714-3906
                                                                                              TOTAL: 18

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19390539        Attorneys
19390552        Customers with Credit Balances
19390553        Customers with credit balances
19390560        Employees
19390622        Taxing Authorities
19390623        Taxpay@,    payroll taxes thru paychex
19390631        Total
19390632        Total
19390634        Union
19390637        Vendors
19390638        Vendors
19390579*      ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
                 (address filed with court:  Illinois Dept. of Revenue,    Willard Ice Bldg,
                 101 West Jefferson Street,    Springfield, IL 62702)
19587996*       Illinois Department of Revenue,    Bankruptcy Section,    P O Box 64338,    Chicago IL 60664-0338
19390625        ##Terrace Supply Company,    PO Box 5022,    Villa Park, IL 60181-5022
                                                                                TOTALS: 11, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2013**          **Signature:**          *Joseph Speetjens*

```
District/off: 0752-1          User: kseldon              Page 4 of 4              Date Rcvd: Mar 20, 2013
                              Form ID: pdf006            Total Noticed: 133
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2013 at the address(es) listed below:

```
          Bruce C Scalambrino   on behalf of Petitioning Creditor   Chicago Regional Council of Carpenters
           Apprentice and Trainee Program Fund bcs@sacounsel.com
          Bruce C Scalambrino   on behalf of Petitioning Creditor   Chicago Regional Council of Carpenters
           Pension Fund bcs@sacounsel.com
          Bruce C Scalambrino   on behalf of Petitioning Creditor   Chicago Regional Council of Carpenters
           Welfare Fund bcs@sacounsel.com
          Christopher L Muniz   on behalf of Petitioning Creditor   Chicago Regional Council of Carpenters
           Welfare Fund clm@sacounsel.com
          Christopher L Muniz   on behalf of Petitioning Creditor   Chicago Regional Council of Carpenters
           Pension Fund clm@sacounsel.com
          Christopher L Muniz   on behalf of Petitioning Creditor   Chicago Regional Council of Carpenters
           Apprentice and Trainee Program Fund clm@sacounsel.com
          Elizabeth C Berg    on behalf of Accountant    Popowcer Katten Ltd bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com
          Elizabeth C Berg    bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com
          Elizabeth C Berg    on behalf of Attorney    Baldi Berg & Wallace, Ltd. bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
          Joseph A Baldi    on behalf of Trustee Elizabeth C Berg jabaldi@baldiberg.com,
           jabaldi@ameritech.net;jmanola@baldiberg.com
          Julia D Loper    on behalf of Trustee Elizabeth C Berg jloper@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 13
```