# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                 §
                     §

A.W.P.E., LLC          §     Case No. 12-24742
                     §

       Debtor(s)      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on   . The case was pending for   months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Elizabeth C. Berg, Trustee _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NORTH SHORE COMMUNITY BANK | | | | | |
| | NORTH SHORE COMMUNITY BANK | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG, TRUSTEE | | | | | |
| INTL SURETIES | | | | | |
| MILLAR | | | | | |
| GRANGE | | | | | |
| GRANGE | | | | | |
| SMG SECURITY SYSTEMS, INC. | | | | | |
| VILLAGE OF CARPENTERSVILLE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BALDI BERG & WALLACE | | | | | |
| BBW EXP | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| PPL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Albert J Majer 635 Chelsford Lane Elk Grove Village, IL 60007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chona Chanthasene 306 Weymouth Avenue Elgin, IL 60124 | | | | | |
| | Christopher Foy 3919 N. Plainfield Chicago, IL 60634 | | | | | |
| | City of Chicago Dept. of Revenue 121 N. LaSalle St., Room 107 Chicago, IL 60602-1202 | | | | | |
| | Denise A. Hober 632 Maple Street Marengo, IL 60152 | | | | | |
| | Director of Emplyment Security 33 South State Street Chicago, IL 60603-2802 | | | | | |
| | Division of Unemployment Insurance P.O. Box 78960 Milwaukee, WI 53278-0960 | | | | | |
| | Glen Kruger 3706 Pheasant Drive Rolling Meadows, IL 60008 | | | | | |
| | Hipollito Escareno 136 Ensenada Drive Carpentersville, IL 60110 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS-CSC PO Box 145566, Stop 813G Cincinnati, OH 45214 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60606 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60606 | | | | | |
| | Illinois Department of Revenue P.O. Box 19447 Springfield, IL 62794-9447 | | | | | |
| | Illinois Dept. of Emp. Security Bankruptcy Unit - 10th Floor 33 S. State Street Chicago, IL 60603 | | | | | |
| | Illinois Dept. of Revenue Willard Ice Bldg 101 West Jefferson Street Springfield, IL 62702 | | | | | |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Chicago, IL 60604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service P.O. Box 804522 Cincinnati, OH 45280-4522 | | | | | |
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | | | | | |
| | Jonathon L Osborne 7949 24th Avenue Kenosha, WI 53143 | | | | | |
| | Jose A Escareno 136 Ensenada Drive Carpentersville, IL 60110 | | | | | |
| | Kent A. Brezinski 321 Dancing Water Court Chicago, IL 60188 | | | | | |
| | Kevin Pryor 706 Edgewater Drive Minooka, IL 60447 | | | | | |
| | Mark T Howland JR 27040 Bradley Road Lake Forest, IL 60045 | | | | | |
| | Max L. Tucker Jr. 22410 S. Carrie Avenue Channohan, IL 60410 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael A. Regan 10326 S. Walden Pkwy. Chicago, IL 60643 | | | | | |
| | Russ Wolter, Mr. 36830 87th St. Burlington, WI 53105 | | | | | |
| | Thomas M Morrissey 11720 S. Sacramento Marrionette Park, IL 60803 | | | | | |
| | Thomas Panik 3615 N. Plainfield Ave. Chicago, IL 60634 | | | | | |
| | Tim Holleran 408 Oriole Mt. Prospect, IL 60056 | | | | | |
| | Tom Franson 419 N. Prospect Manor Mt. Prospect, IL 60056 | | | | | |
| | Wayne Martinsk 1210 Kingsley Drive Arlington Heights, IL 60004 | | | | | |
| | Wisconsin Department of Revenue PO Box 8901 Madison, WI 53708-8901 | | | | | |
| 000017A | CHICAGO REGIONAL COUNCIL OF CARPENT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008A | ILLINOIS DEPT OF REVENUE | | | | | |
| 000006A | ILLINOIS DEPT. OF EMPLOYMENT SECURI | | | | | |
| 000010A | ILLINOIS DEPT. OF EMPLOYMENT SECURI | | | | | |
| 000009A | INDIANA DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A.S.A.P. Garage Door Repair, Inc. 11414-A Smith Rd. Huntley, IL 60142 | | | | | |
| | AT & T c/o Accord Credit Services PO Box 10003 Newnan, GA 30271 | | | | | |
| | Albany Door Systems PO Box 824627 Philadelphia, PA 19182-4627 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Waste Services #933 2101 S. Busse Road Mt. Prospect, IL 60056 | | | | | |
| | American Door and Dock 2125 Hammond Drive Schaumburg, IL 60173 | | | | | |
| | Apex Overhead Door Company, Inc. 725 County Line Road Huntingdon Valley, PA 19006-9998 | | | | | |
| | Blue Grace Logistics PO Box 864477 Orlando, FL 32886-4477 | | | | | |
| | Brad Millar 214 Cary Drive Roselle, IL 60172 | | | | | |
| | Chicago Carpenters Trust Funds P.O. Box 94432 Chicago, IL 60690 | | | | | |
| | Chicago Reg. Council of Carpenters 12 E. Erie St. Chicago, IL 60611 | | | | | |
| | Cintas Fire Protection 1080 Corporate Blvd. Aurora, IL 60502 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ComEd PO Box 6111 Carol Stream, IL 60197-6111 | | | | | |
| | Comcast Cable PO Box 3001 Southeastern, PA 19398-3001 | | | | | |
| | Custom Compaines, Inc. c/o American Cred P.O. Box 72849 Roselle, IL 60172 | | | | | |
| | D & P Construction Co., Inc. 8605 W. Bryn Mawr Ave., Ste. 301 Chicago, IL 60631 | | | | | |
| | Deluxe for Business P.O. Box 742572 Cincinnati, OH 45274-2572 | | | | | |
| | Dohrn Transfer Company 625 3rd Ave. Rock Island, IL 61201 | | | | | |
| | Express Fasteners & Distribution, Ltd. 65 N. Brandon Glendale Heights, IL 60139 | | | | | |
| | Express Slats Mfg., Inc. 17016 Canal Street South Holland, IL 60473-4700 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FIS Merchant Services - WI Complete Payment Recovery 3500 5th Northport, AL 35476 | | | | | |
| | First Insurance Funding Corp. P.O. Box 66468 Chicago, IL 60666-0468 | | | | | |
| | GE Capital P.O. Box 740441 Atlanta, GA 30374-0441 | | | | | |
| | Garage Door Supplies 7211 S. Lockwood Ave. Bedford Park, IL 60638 | | | | | |
| | Global Logistic Services 117 East Palatine, Suite 205 Palatine, IL 60067 | | | | | |
| | Goldleaf Surety Services, LLC 3246 E. Hwy. 7, Ste. 150 Montevideo, MN 56265 | | | | | |
| | Grainger 7300 W. Melvina Ave. Niles, IL 60714 | | | | | |
| | Healthcare Service Corporation PO Box 1186 Chicago, IL 60690-1186 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heller Lumber Company, Inc. 24 N. Hickory Avenue Arlington Heights, IL 60004 | | | | | |
| | IRS-CSC PO Box 145566, Stop 813G Cincinnati, OH 45214 | | | | | |
| | ISO-TRUDE, INC. 1705 EATON DR. GRAND HAVEN, MI 49417 | | | | | |
| | Illinois State Toll Hwy Authority PO Box 5201 Lisle, IL 60532-5201 | | | | | |
| | Integrated Plastics PO Box 954 Hampshire, IL 60140 | | | | | |
| | J.A. Frate, Inc. P.O. Box 578 7900 Pyott Road Crystal Lake, IL 60039 | | | | | |
| | John Millar 515 N. Prospect Manor Ave. Mount Prospect, IL 60056-2047 | | | | | |
| | Lamont, Hanley & Assoc., Inc. PO Box 179 Manchester, NH 03105-0179 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lift Works, Inc. 1130 Carolina, Unit F West Chicago, IL 60185 | | | | | |
| | MMTC Inc. 230 Route 206, Suite 206 Flanders, NJ 07836-9259 | | | | | |
| | Manny's Material Handling Service 522 Apache Ave. Carpentersville, IL 60110 | | | | | |
| | NCO Financial Systems 507 Prudential Road Horsham, PA 19044 | | | | | |
| | NCO Financial Systems, Inc. 600 Holiday Plaza Dr. Ste 300 Matteson, IL 60443 | | | | | |
| | Nicor Gas PO Box 416 Aurora, IL 60568-0001 | | | | | |
| | Overhead Door Supply 128 E. Main Street Round Lake Park, IL 60073 | | | | | |
| | Patrick Higgins 406 N. Stratford Rd. Arlington Heights, IL 60004 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Patrick Higgins 406 N. Stratford Rd. Arlington Heights, IL 60004 | | | | | |
| | Paul Reilly Company 1967 Quincy Court Glendale Heights, IL 60139 | | | | | |
| | Pomp's Tire Service Inc. P.O. Box 1630 Green Bay, WI 54305-1630 | | | | | |
| | Pro Star Logistics 1545 South 4800 West Salt Lake City, UT 84104 | | | | | |
| | Pro-Line Door Systems 716 N Edgewood Ave Wood Dale, IL 60191 | | | | | |
| | Randy Yeater 407 N. Washington Street Westmont, IL 60559 | | | | | |
| | Rasco Industries 50 Medina Street South Loretto, MN 55357 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Richard T Avis Richard T. Avis, Attorney & Assoc 3715 Ventura Drive Arlington Heights, IL 60004 | | | | | |
| | Sage Capital Recovery 1040 Kings Highway N Cherry Hill, NJ 08034 | | | | | |
| | Selective Insurance Co. 11 E. Adams St., Ste. 800 Chicago, IL 60603 | | | | | |
| | Selective Insurance Co. PO Box 763 Attn:  Suzanne Wallace Branchville, NJ 07826 | | | | | |
| | Spring Hill Center Owner's Assn 852 Commerce Parkway Carpentersville, IL 60110 | | | | | |
| | Sprint-706101519 10002 Park Meadows Drive, 3rd Floor Bankruptcy/LSA Lone Tree, CO 80124 | | | | | |
| | Sprint-922071772 PO Box 219100 Kansas City, MO 64121-9100 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tel*Assist 6417 W. 87th St #3 Oak Lawn, IL 60453 | | | | | |
| | Terrace Supply Company PO Box 5022 Villa Park, IL 60181-5022 | | | | | |
| | The Plexus Groupe LLC 21805 Field Pkwy., Ste. 300 Deer Park, IL 60010 | | | | | |
| | Tom Franson 419 N. Prospect Manor Mt. Prospect, IL 60056 | | | | | |
| | UPS Freight 28013 Network Place Chicago, IL 60673-1280 | | | | | |
| | United Parcel Service Lockbox 577 Carol Stream, IL 60132-0577 | | | | | |
| | VeriCore 10115 Kincey Avenue Suite 100 Huntersville, NC 28078 | | | | | |
| | Village of Carpentersville 1200 Besinger Drive Carpentersville, IL 60110 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Warehouse Direct Office Products 2001 S. Mount Prospect Road Des Plaines, IL 60018 | | | | | |
| | Weber Marking Systems, Inc. 711 W. Algonquin Rd. Arlington Heights, IL 60005 | | | | | |
| | West Texas Doors 103 Flecha Ln Laredo, TX 78045 | | | | | |
| 000007 | ACCIDENT FUND INSURANCE | | | | | |
| 000013 | BERKLEY NET | | | | | |
| 000012 | CHI OVERHEAD DOORS | | | | | |
| 000016 | CITY OF CHICAGO | | | | | |
| 000001 | CON-WAY FREIGHT | | | | | |
| 000003 | KUTCHINS ROBBINS & DIAMOND, LTD. | | | | | |
| 000014 | NAPOLEON/LYNX | | | | | |
| 000004 | REPUBLIC SERVICES OF ELGIN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ROBBINS,SALOMON & PATT, LTD | | | | | |
| 000005 | SMG SECURITY SYSTEMS, INC. | | | | | |
| 000011 | W W GRAINGER INC | | | | | |
| 000015 | WILL COUNTY CARPENTERS LOCAL 174 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - A.W.P.E., LLC
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-24742   CAD   Judge: CAROL A. DOYLE |
| Case Name: | A.W.P.E., LLC |

For Period Ending: 07/19/13

| Trustee Name: | Elizabeth C. Berg, Trustee |
| Date Filed (f) or Converted (c): | 06/20/12 (f) |
| 341(a) Meeting Date: | 10/25/12 |
| Claims Bar Date: | 12/26/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts North Shore Community Bank, Commercial checking acct #xxxx8952 | Unknown | 0.00 | | 0.00 | FA |
| 2. Financial Accounts Chase business xxxx6839 | Unknown | 0.00 | | 0.00 | FA |
| 3. ComEd Security Deposits | 13,400.00 | 7,326.54 | | 7,326.54 | FA |
| 4. Nicor Security Deposits | 3,744.00 | 1,918.63 | | 1,918.63 | FA |
| 5. Security Deposits Gold-Leaf Surety (deposit on a contract for Hoffman Estates) | 3,304.00 | 0.00 | | 0.00 | FA |
| 6. Insurance Policies Commercial policies | Unknown | 902.25 | | 902.25 | FA |
| 7. Accounts Receivable 29 accounts more than 90 days past due Collections undertaken by Assignee pre-petition; Remaining were uncollectible. | 93,293.24 | 183.51 | | 183.51 | FA |
| 8. Vehicles 2006 Chevy Silverado C2500 HD 133900 miles VIN 1GCH24U16E113549 | 6,600.00 | 4,000.00 | | 4,000.00 | FA |
| 9. Vehicles 1999 Ford F450XL Superduty 218000 miles VIN 1FDXF46F8XEE98280 | 2,500.00 | 700.00 | | 700.00 | FA |
| 10. Vehicles 2005 Chevy Tahoe 160000 miles VIN 1GNEK13T75J149056 | 7,500.00 | 5,500.00 | | 5,500.00 | FA |
| 11. Vehicles 2005 Chevy 2500 HD Pick-up 112000 miles VIN 1GCHC24UX5E242789 | 6,000.00 | 5,500.00 | | 5,500.00 | FA |
| 12. Vehicles | 6,600.00 | 3,500.00 | | 3,500.00 | FA |

FORM 1 - A.W.P.E., LLC

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 12-24742 | CAD | Judge: CAROL A. DOYLE |
|---|---|---|---|
| Case Name: | A.W.P.E., LLC | | |

| Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 06/20/12 (f) |
| 341(a) Meeting Date: | 10/25/12 |
| Claims Bar Date: | 12/26/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2005 Chevy Silverado C3500 121500 miles VIN 1GBJC34UX5E314344 | | | | | |
| 13. Vehicles | 500.00 | 750.00 | | 750.00 | FA |
| 1999 Reddi Haul Trailer  VIN 47SS142T9X1015057 | | | | | |
| 14. Vehicles | 6,000.00 | 3,750.00 | | 3,750.00 | FA |
| 2005 Chevy Silverado C2500 HD 153000 miles VIN 1GCHC24U25E296765 | | | | | |
| 15. Vehicles | 6,600.00 | 6,000.00 | | 6,000.00 | FA |
| 2006 Chevy Silverado C2500 HD 105000 miles VIN 1GCHC24U26E288649 | | | | | |
| 16. Vehicles | 1,500.00 | 608.69 | | 608.69 | FA |
| 2000 Chevy 3500 HD Pick-up 233000 miles VIN 1GBKC34F1YF424879 | | | | | |
| 17. Vehicles | 900.00 | 1,000.00 | | 1,000.00 | FA |
| 1988 International S1700 187000 miles VIN 1HTCCFP2JH554270 | | | | | |
| 18. Vehicles | 1,500.00 | 700.00 | | 700.00 | FA |
| 1988 Volvo FE6 221051 miles VIN YB3U6A7AXJB421436 | | | | | |
| 19. Vehicles | 7,500.00 | 5,000.00 | | 5,000.00 | FA |
| 2006 Chevy Silverado C2500HD 85000 miles VIN 1GBHC24U86E147797 | | | | | |
| 20. Vehicles | 1,050.00 | 2,750.00 | | 2,750.00 | FA |
| 1998 Ford Cargo Van 113000 miles VIN 1FTSE34L9WHLB94358 | | | | | |
| 21. Boats and Accessories | 0.00 | 0.00 | | 0.00 | FA |
| 1996 Starcarft Marine inboard motor - 20 ft. | | | | | |
| 22. Office Equipment | 1,000.00 | 290.00 | | 290.00 | FA |
| Old computers and monitors, Old office furniture, Meridian phone | | | | | |

Ver: 16.05c

UST Form 101-7-TDR (5/1/2011) (Page: 22)

FORM 1 (WHT 1610)
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page:   3

Exhibit 8

| Case No: | 12-24742   CAD   Judge: CAROL A. DOYLE |
|---|---|
| Case Name: | A.W.P.E., LLC |

| Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 06/20/12 (f) |
| 341(a) Meeting Date: | 10/25/12 |
| Claims Bar Date: | 12/26/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| system, Canon fax machine, old printers | | | | | |
| 23. Equipment | 315,800.00 | 79,151.25 | | 79,151.25 | FA |
| 24. Inventory | 557,287.85 | 26,093.75 | | 26,093.75 | FA |
| 25. Phone numbers | 0.00 | 0.00 | | 0.00 | FA |
| 26. Utility Deposit Refunds (u) | 0.00 | 1,793.00 | | 1,793.00 | FA |
| 27. Petty Cash (u) | 0.00 | 115.00 | | 115.00 | FA |
| received from Assignee | | | | | |
| 28. Debtor funds recovered from Assignee (u) | 0.00 | 3,511.88 | | 3,511.88 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,042,579.09 | $161,044.50 | | $161,044.50 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TR appointed following entry of order for relief in involuntary case filed by carpenters' union against installer of commerical and residential garage doors and plastics extruder.  Involuntary commenced following assignment for benefit of creditors.  TR determined secured lender's lien on motor vehicle fleet was perfected within preference period and thus avoidable.  TR negotiated with debtor's bank and landlord to avoid lien on vehicles and to conduct public auction of debtor's assets, subject to bank lien on assets excluding vehicles.  Auction of Debtor's assets was held on November 16, 2012.  Trustee received court authority to pay administrative expenses and pay Bank's portion of proceeds.  Trustee investigated potential preferential payments and claims.  Trustee prepared and filed estate tax returns.

Initial Projected Date of Final Report (TFR): 12/31/13      Current Projected Date of Final Report (TFR): 06/30/13

**FORM 1 - A.W.P.E., LLC**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-24742     CAD   Judge: CAROL A. DOYLE | Trustee Name:   Elizabeth C. Berg, Trustee |
| Case Name: | A.W.P.E., LLC | Date Filed (f) or Converted (c):   06/20/12 (f) |
| | | 341(a) Meeting Date:   10/25/12 |
| | | Claims Bar Date:   12/26/12 |

/s/   Elizabeth C. Berg, Trustee

_____ Date: 07/19/13

ELIZABETH C. BERG, TRUSTEE

**UST Form 101-7-TDR (5/1/2011)** *(Page: 24)*

Ver: 16.05c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-24742 -CAD | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | A.W.P.E., LLC | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8225  Checking Account |

Taxpayer ID No: *******1371

For Period Ending: 07/19/13

Blanket Bond (per case limit):  $  100,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/28/12 | 27 | Michael Eber, assignee<br>High Ridge Partners<br>140 South Dearborn Street, Suite 420<br>Chicago, IL 60603 | PETTY CASH | 1290-000 | 115.00 | | 115.00 |
| 09/04/12 | 28 | A.W.P.E., LLC Trust Agreement<br>Michael J Eber, Assignee<br>140 S. Dearborn Street  Suite 420<br>Chicago  IL  60603 | DEBTOR FUNDS FROM ASSIGNEE | 1290-000 | 3,511.88 | | 3,626.88 |
| 09/14/12 | 6 | Insurance Brokerage AntiTrust Litigation<br>c/o Rust Consulting<br>P.O. Box 2819<br>Faribault  MN  55021-8624 | Recovery re insurance | 1129-000 | 40.25 | | 3,667.13 |
| 09/18/12 | 7 | Barcol Door Co., Inc.<br>PO Box 2577<br>Loves Park  IL 61132-2577 | Accounts receivable recovery | 1121-000 | 183.51 | | 3,850.64 |
| 10/12/12 | | Grange Mutual Casualty Co.<br>P.O. Box 88017<br>Chicago, Illinois 60680-1017 | Oct. 2012 Premium<br>Insurance | 2420-000 | | 1,541.00 | 2,309.64 |
| 10/29/12 | 6 | Continental Casualty Company<br>401 Penn Street<br>Reading  PA  19601 | REFUND ON DIRECT BILL ACCT | 1229-000 | 862.00 | | 3,171.64 |
| 11/06/12 | 001001 | Grange Mutual Casualty Co.<br>P.O. Box 88017<br>Chicago, Illinois 60680-1017 | Nov. 2012 Premium<br>Insurance | 2420-000 | | 1,541.00 | 1,630.64 |
| 12/11/12 | * NOTE * | PPL Group, LLC<br>3100 Dundee Road<br>Suite 915<br>Northbrook  IL  60062<br>PPL | Auction Proceeds: M&E and Vehicles<br>* NOTE *  Properties 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 22, 23, 24<br><br>Memo Amount:       145,293.69 | <br><br>1129-000 | 125,293.69 | | 126,924.33 |

Page Subtotals       130,006.33       3,082.00

Page:  2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-24742 -CAD |
| Case Name: | A.W.P.E., LLC |
| Taxpayer ID No: | *******1371 |
| For Period Ending: | 07/19/13 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8225  Checking Account |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PPL | Auction Proceeds: M&E and Vehicles Memo Amount:     (     20,000.00 ) TR's Auctioneer's Expenses | 3620-000 | | | |
| 12/20/12 | 001002 | Brad Millar 214 Carey Drive Roselle  IL  60172 | Post Petition Rent Allowed per Ct Order dtd 12/20/12 | 2410-000 | | 27,000.00 | 99,924.33 |
| 12/20/12 | 001003 | SMG Security Systems, Inc. Attn: Pam Smialek 120 King Street Elk Grove Village, IL 60007 | Administrative Expense Alarm Service to SMG Security Allowed per Ct Order dtd 12-20-12 | 2420-000 | | 175.00 | 99,749.33 |
| 12/20/12 | 001004 | Village of Carpentersville 1200 Besinger Drive P.O. Box 335 Carpentersville, IL 60110-0335 | Administrative Expense Water Service to Village of Carpentersville Allowed per Ct Order dtd 12/20/12 | 2420-000 | | 83.50 | 99,665.83 |
| 12/20/12 | 001005 | North Shore Community Bank & Trust c/o Wintrust Financial 9700 W. Higgins Road Rosemont IL  60018 | Allowed Secured Claim Auction Sale 11-16-12 Per Ct Order dtd 12/20/12 | 4210-000 | | 70,934.93 | 28,730.90 |
| 01/17/13 | 4 | Nicor Gas P.O. Box 4569 Atlanta  GA  30302 | UTILITY DEPOSIT REFUND | 1129-000 | 1,918.63 | | 30,649.53 |
| 01/29/13 | 26 | Grange Mutual Casualty Co. P.O. Box 88017 Chicago, Illinois 60680-1017 | DISBURSEMENT OF PREMIUM CREDIT | 1290-000 | 1,793.00 | | 32,442.53 |
| 02/14/13 | 3 | Commonwealth Edison Company PO Box 805379 Chicago IL  60680-5379 | Utility Refund | 1129-000 | 7,326.54 | | 39,769.07 |
| 02/14/13 | 001006 | North Shore Community Bank & Trust c/o Wintrust Financial 9700 W. Higgins Road | Allowed Secured Claim Cash Collateral rec'd by TR including utility deposits, receivables | 4210-000 | | 6,917.56 | 32,851.51 |

|  | Page Subtotals | 11,038.17 | 105,110.99 |
|---|---|---|---|

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 26)*

FORM 2 - A.W.P.E.

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 12-24742 -CAD | |
| Case Name: | A.W.P.E., LLC | |
| | | |
| Taxpayer ID No: | *******1371 | |
| For Period Ending: | 07/19/13 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8225  Checking Account |
| | |
| Blanket Bond (per case limit): | $  100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Rosemont IL  60018 | | | | | |
| 02/15/13 | 001007 | International Sureties, Ltd. | Trustee Bond Annual Premium | 2300-000 | | 27.18 | 32,824.33 |
| | | Suite 420 | Bond # 016026455 | | | | |
| | | 701Poydras Street | | | | | |
| | | New Orleans,  LA  70139 | | | | | |
| 04/22/13 | 001008 | Elizabeth C. Berg, Trustee | Trustee Compensation | 2100-000 | | 11,000.00 | 21,824.33 |
| | | c/o Baldi Berg & Wallace | | | | | |
| | | 19 S. LaSalle St.  #1500 | | | | | |
| | | Chicago IL  60603 | | | | | |
| 04/22/13 | 001009 | Baldi Berg & Wallace, LLC | TR's Attorney's Final Compensation | 3110-000 | | 14,500.00 | 7,324.33 |
| | | 19 S. LaSalle St.  #1500 | | | | | |
| | | Chicago  IL  60603 | | | | | |
| 04/22/13 | 001010 | Popowcer Katten Ltd. | TR's Accountant | 3410-000 | | 4,000.00 | 3,324.33 |
| | | 35 East Wacker Drive | Final Compensation | | | | |
| | | Sutie 1500 | | | | | |
| | | Chicago  IL  60601 | | | | | |
| 04/22/13 | 001011 | Baldi Berg & Wallace | TR's Attorney | 3120-000 | | 731.29 | 2,593.04 |
| | | 19 S. LaSalle Street | Reimbursement of Expenses | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago  IL  60603 | | | | | |
| 04/22/13 | 001012 | Chicago Regional Council of Carpenters | Claim 000017A, Payment 6.74821% | 5400-000 | | 2,593.04 | 0.00 |
| | | c/o Bruce C. Scalambrino | | | | | |
| | | Scalambrino & Arnoff, LLP | | | | | |
| | | One North LaSalle Street, Suite 1600 | | | | | |
| | | Chicago, Illinois 60602 | | | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 32,851.51 |

Ver: 16.05c

Page:   4

**Exhibit 9**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 12-24742  -CAD |
| Case Name: | A.W.P.E., LLC |
| | |
| Taxpayer ID No: | *******1371 |
| For Period Ending: | 07/19/13 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8225  Checking Account |
| | |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 145,293.69 | COLUMN TOTALS | | 141,044.50 | 141,044.50 | 0.00 |
| Memo Allocation Disbursements: | 20,000.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 141,044.50 | 141,044.50 | |
| Memo Allocation Net: | 125,293.69 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 141,044.50 | 141,044.50 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 145,293.69 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 20,000.00 | Checking Account - *******8225 | | 141,044.50 | 141,044.50 | 0.00 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 125,293.69 | | | 141,044.50 | 141,044.50 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 16.05c